**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**UNITED STATES OF AMERICA**

v.                                              Criminal No. 4:08cr16

**DAVID ANTHONY RUNYON**

## MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE AND FOR HEARING TO SCHEDULE TRIAL

Stephen A. Hudgins was recently appointed to represent David Anthony Runyon in place of Jon Babineau who had developed a conflict. The case was scheduled for trial on March 13, 2009, at the time of counsel's appointment. The Court rescheduled the trial of this matter for May 4, 2009.

This is a capital murder case in which the United States is seeking the death penalty. Stephen A. Hudgins met with co-counsel Lawrence H. Woodward, Jr., and was informed that there are 80 full binders of information which are necessary for counsel to review and master. Additionally, there are audio recordings, surveillance tapes, and other investigative materials for counsel to review.

Witnesses regarding mitigation are in West Virginia and it will be necessary to travel there to interview and prepare those witnesses for trial.

-1-

Counsel has a full schedule between now and May 4, 2009, and beyond which includes three jury trials, one of those being a seven-day mortgage fraud case scheduled in Judge Doumar's court to begin April 21, 2009. A copy of counsel's schedule through May 4, 2009, is attached hereto as Exhibit A. A copy of co-counsel Lawrence H. Woodward, Jr.'s schedule is attached hereto as Exhibit B.

Because of the seriousness of the case before the Court and the unusual quantity of discovery material in the case, counsel cannot be adequately prepared for trial on May 4, 2009. Counsel for David Anthony Runyon has consulted with counsel for co-defendant Draven and they agree that it would not be possible to try this case beginning May 4, 2009. All defense counsel join in the request that this matter be continued from the May 4, 2009, date and that a date be scheduled for a hearing when all parties can be present and a trial date established.

DAVID ANTHONY RUNYON


By:_____/s/_____
Stephen A. Hudgins, VSB No. 20315
Counsel for David Anthony Runyon
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels, Esquire
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
brian.samuels@usdoj.gov

Lisa R. McKeel, Esquire
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
lisa.mckeel@usdoj.gov

Larry M. Dash, Esquire
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, VA 23510
larrydash@fd.org

Paul G. Gill, Esquire
Office of the Federal Public Defender
830 E. Main Street, Suite 1100
Richmond, VA 23219
paulgill@fd.org

Jeffrey A. Swartz, Esquire
Rabinowitz, Swartz, Taliaferro, Swartz & Goodove
150 Boush Street, Suite 800
Norfolk, VA 23510
jswartz@rstsg.com

James S. Ellenson, Esquire
Bank of America Building
2600 Washington Avenue, Suite 1000
Newport News, VA 23607
jseatty@aol.com

Timothy G. Clancy, Esquire
Moschel & Clancy, PLLC
2101 Executive Drive, Third Floor
Tower Box 78
Hampton VA 23666
tclancy@moschelandclancy.com

                                                                   _____/s/_____

Stephen A. Hudgins, VSB No. 20315
Counsel for David Anthony Runyon
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com

<u>EXHIBIT A</u>

## **<u>Stephen A. Hudgins Schedule</u>**

| | | |
|---|---|---|
| Feb 25 | 10:00 | Federal Court Sentencing |
| | 1:00 | Newport News (NN) Circuit X 2 |
| | 3:00 | Home Visit (HV)   GAL |
| Feb 26 | 9:00 | York County (YC) J&D |
| | 9:30 | YC J&D |
| | 10:00 | YC J&D X 2 |
| | 1:00 | YC Circuit |
| | 3:00 | Norfolk Federal Conference |
| Feb 27 | 11:00 | Norfolk Federal |
| March 2 | 10:00 | NN Circuit Jury Trial |
| March 3 | 10:00 | Settlement Conference Va. Beach |
| | 1:00 | NN J&D |
| | 2:00 | YC J&D |
| March 4 | 8:30 | NN J&D |
| | 9:00 | Surry Circuit |
| | 2:00 | NN J&D |
| | 4:30 | HV GAL |
| March 5 | 10:00 | NN Circuit |
| March 6 | 10:30 | YC J&D |
| | 12:00 | NN Circuit |
| March 9 | 10:00 | YC General District X2 |
| | 1:30 | YC General District |
| | 3:00 | YC General District |
| | 4:30 | HV GAL |
| March 10 | 10:00 | NN Circuit X2 |
| | 10:30 | NN J&D |
| | 2:00 | NN J&D |
| March 11 | 9:00 | YC General District X 3 |
| | 9:30 | YC General District |
| | 10:00 | YC General District X2 |
| | 2:00 | NN J&D |
| March 12 | 10:00 | YC J&D |
| | 10:30 | YC J&D |
| | 2:00 | NN J&D |
| March 13 | 10:30 | NN J&D |
| | 11:00 | NN J&D |

| | | | |
|---|---|---|---|
| March 16 | 8:30 | NN Circuit | |
| | 9:00 | NN Circuit | |
| | 10:00 | NN Circuit | |
| March 17 | 8:00 | YC General District | |
| | 9:00 | YC J&D | |
| | 9:30 | YC General District | |
| | 10:00 | YC General District | |
| | 2:00 | YC General District | |
| March 18 | 8:00 | YC General District | |
| | 11:00 | Virginia Beach Circuit | |
| | 11:30 | Norfolk Federal | |
| | 2:00 | YC General District | |
| March 19 | 8:30 | NN J&D X2 | |
| | 11:30 | YC J&D | |
| | 1:00 | YC Circuit | |
| **March 23** | **10:00** | **NN Circuit Jury 2-3 day jury trial** | |
| March 24 | 9:00 | Suffolk Circuit | |
| | 9:00 | NN J&D | |
| | 9:30 | NN Federal | |
| | 2:00 | YC General District | |
| March 25 | 8:00 | YC General District X2 | |
| | 10:00 | YC General District | |
| March 26 | 8:30 | YC | |
| | 10:00 | NN Circuit | |
| | 10:30 | NN J&D | |
| | 2:00 | James City County | |
| March 31 | 10:00 | YC 2 day jury | |
| April 1 | 1:00 | NN Circuit | |
| April 2 | 10:00 | NN J&D | |
| | 10:00 | NN J&D | |
| April 3 | all day | Indigent Defense Seminar | |
| April 6 | 10:00 | YC General District X2 | |
| April 7 | 9:00 | YC Circuit X2 | |
| | 10:00 | NN Circuit | |
| April 8 | all day | Criminal Law Seminar | |
| April 9 | 11:00 | NN Circuit | |
| April 10 | | NN Circuit | |
| April 13 | 10:00 | NN Circuit | |
| April 14 | 9:30 | Hampton Circuit | |
| April 15 | 9:00 | YC General District | |

| April 16 | 10:00 | YC J&D |
| | 10:30 | NN J&D |
| April 17 | 11:00 | Wmbg J&D |
| April 20 | 11:00 | YC General District |
| April 21 | 10:00 | **Newport News Federal 7 day jury trial** |
| April 22 | 2:30 | YC General District |
| April 23 | 10:30 | YC J&D X 4 |
| April 24 | 10:00 | NN Circuit |
| April 27 | 10:30 | YC General District |
| | 11:00 | YC General District |
| | 1:30 | YC General District X2 |
| | 2:00 | YC General District |
| April 28 | 8:30 | NN J&D |
| May 4 | 11:00 | Norfolk Federal |
| May 5 | 9:00 | YC Circuit X2 |
| | 11:00 | YC General District |
| | 2:00 | YC J&D GAL |

<u>EXHIBIT B</u>
**Lawrence H. Woodward, Jr. Schedule**

April 20th: He has 2 Federal Court Sentencing Hearings (<u>United States v. Vernon Shyvers</u> and <u>United States v. Otis Stitt</u>)

April 27th through May 1st: a Medical Malpractice trial in VBCC

April 28th : He has 2 Appellate Briefs due (<u>United States v. Mancer Barrington</u> and <u>United States v. Samuel Manning</u>)

May 11th through 26th : He has a Federal Court trial that is scheduled for 2 weeks but could go as long as three weeks. (<u>United States v. William Foreman</u>)