**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**UNITED STATES OF AMERICA,**

    v.

                                                 **Criminal No. 4:08cr16**

**MICHAEL ANTHONY ERIC DRAVEN
and
DAVID ANTHONY RUNYON,**

        **Defendants.**

## ORDER

This matter comes before the court on the separate motions of defendants Michael Anthony Eric Draven and David Anthony Runyon to continue the trial in this matter. Both defendants confirmed that, due to the complexity of the case and in the interest of justice, they waived their rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. As the United States did not oppose either motion, and because the court finds that the ends of justice require the trial to be continued, the court **GRANTS** defendants' motions. For the reasons stated from the bench, after considering the scheduling constraints of all parties and their counsel, as well as those of the court, the trial in this matter is set for Tuesday, June 30, 2009, at 10:00 a.m. in Norfolk.[1]

---

[1] In order to accommodate the scheduling needs of the parties and the court, trial will take place in the Norfolk Division Courthouse, not the Newport News Division Courthouse as originally scheduled. As such, defendant Runyon's Motion to Transfer Location of Trial, filed February 2, 2009, is **GRANTED** for the reasons stated from the bench.

The Clerk shall forward a copy of this order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
United States District Judge

Norfolk, Virginia
March 13, 2009

2