**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA**

v.                                                    Criminal No. 4:08cr16

**DAVID ANTHONY RUNYON**

### SUPPLEMENTAL MOTION FOR PSYCHIATRIST AND TO CHANGE THE DESIGNATION OF THE NEUROPSYCHOLOGIST EXPERT PREVIOUSLY APPROVED BY THE COURT

Comes now the defendant, David Anthony Runyon, by counsel, and hereby moves this Honorable Court for the appointment of a psychiatrist to assist the defendant in gathering information in the mitigation aspects of his case, and to change the neuropsychologist expert previously designated by this Honorable Court to a neuropsychologist known to the psychiatrist who is currently being requested, and in support of these requests, defendant provides the following:

    1.   **PSYCHIATRIST**

Through the mitigation investigation performed to date, defendant's counsel and the mitigation expert have learned that there are various medical issues involved in the defendant's past that require review by a psychiatrist to determine their effect on his psychiatric health at this time. Unfortunately, these issues have still not been able to be investigated because of the difficulty with getting medical records from the period when defendant was in the military and from when defendant was a military dependent. We still believe these records exist and our efforts to obtain them are the subject of a different motion that will be coming to the Court in the

-1-

near future for subpoenas. Because of the nearness of the trial date, it is necessary to go ahead and have the defendant evaluated by the psychiatrist and the neuropsychologist even though they will not have the benefit of all of the medical records when they do the evaluation. The medical and psychiatric issues that have been identified during the investigation will be bear on mitigation in this matter. Counsel has been in contact with James R. Merikangas, MD, regarding his employment as a psychiatric expert on defendant Runyon's behalf. Dr. Merikangas has agreed to participate in this matter. It is estimated that his services will likely take approximately 20 hours at a rate of $500 per hour for a total expenditure of $10,000.00 plus travel and other reimbursable expenses. Dr. Merikangas' fee schedule and Curriculum Vitae are attached hereto as "Exhibit A."

If and when the Court approves the appointment of Dr. Merikangas, defendant Runyon will supplement his notice pursuant to Rule 12.2.

## 2. CHANGE OF NEUROPSYCHOLOGIST EXPERT TO ALLAN F. MIRSKY, PH.D.

Counsel has previously requested the appointment of Scott Bender, Ph.D. to perform neuropsychological testing on defendant Runyon. Dr. Bender's services have not been accessed to the point since we have not been able to acquire the medical records that would make his testing more complete. Since we are requesting the services of psychiatrist, James R. Merikangas, M.D., we asked him if there was someone he would be comfortable working with and he suggested Allan F. Mirsky, Ph.D. Since part of Dr. Merikangas' evaluation will be based upon the testing performed by the neuropsychologist, we are requesting that the neuropsychologist appointed be Allan F. Mirsky, Ph.D. since he is someone with whom Dr. Merikangas is familiar and comfortable.

-2-

If the Court approves this change, defendant Runyon will supplement his notice pursuant to Rule 12.2.

Dr. Mirsky' Curriculum Vitae and fee schedule are attached hereto as "Exhibit B". His estimate of the amount of time his services will likely take is 21 hours at a rate of $375 per hour for a total estimated expenditure of $7,875.00 plus travel and other reimbursable expenses.

**WHEREFORE**, David Runyon requests this Court:

A.     To find the appointment and approval of the services of James R. Merikangas, M.D., a psychiatrist, and the approval of a change from Scott Bender, Ph.D., to Allan F. Mirsky, Ph.D., for the neuropsychological services as reasonably necessary for the representation of the defendant in connection with issues relating to sentencing; and

B.     To enter an order approving the appointment of James R. Merikangas, M.D., and authorize and approve the sum of $10,000.00 plus travel and other reimbursable expenses for Dr. Merikangas' services herein and approve and authorize the appointment of Allan F. Mirsky, Ph.D., in place and stead of Scott Bender, Ph.D., and authorize the sum of $7,875.00 plus travel and other reimbursable expenses for Dr. Mirsky's services herein.

Respectfully Submitted,

DAVID ANTHONY RUNYON

By: _____ /s/ _____
Stephen A. Hudgins, VSB No. 20315
Counsel for David Anthony Runyon
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com

-3-

_____/s/_____
Lawrence Hunter Woodward, Jr., Esquire
Virginia State Bar No. 21756
Counsel for David Anthony Runyon
Shuttleworth, Ruloff, Swain, Haddad &
Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach VA 23452
Telephone: 757.671.6047
Telefax: 757.671.6004
lwoodward@srgslaw.com

**THIS EX PARTE MOTION WAS NOT SERVED ON COUNSEL FOR THE
GOVERNMENT**

## *Curriculum Vitae*

### *James R. Merikangas, M.D.*

| | |
|---|---|
| **Address:** | J.R. Merikangas, M.D., L.L.C.<br>4938 Hampden Lane, # 428<br>Bethesda, MD. 20814 |
| **Phone:** | 301-654-1934 |
| **Fax:** | 301-654-1834 |
| **Email:** | **neuropsych2001@hotmail.com** |
| **Citizenship:** | USA |
| **Education:** | B.S., Physics, Villanova University, 1960<br>M.D., Johns Hopkins University, School of Medicine, 1969 |

**Licenses:**

| | |
|---|---|
| 1969 | Diplomate, National Board of Medical Examiners   #107478 |
| 1974-1976 | California M.D. License<br>#23318 |
| 1969-2002 | Connecticut M.D. License<br> #14074 |
| 1974-1981 | Pennsylvania M.D. License<br>#014082 |
| 2001- 2006 | Washington, D.C. M.D. License<br>#MD-33036 |
| 2001- | Maryland M.D. License<br>#D57622 |

**Military:**

| | |
|---|---|
| 1960-1963 | United States Navy, LT(J.G.) |

**Career**

| | |
|---|---|
| 2009- | Consultant, Family Study of Affective Spectrum Disorder, Genetic Epidemiology Research Branch, Intramural Research Program, National Institutes Health, Bethesda, MD |
| 2009- | Clinical Professor of Psychiatry, Virginia Commonwealth University School of Medicine Inova Campus, Falls Church, VA |
| 2006-2008 | |

| | |
|---|---|
| 2008 | Guest Researcher, National Institutes of Health, Bethesda, MD |
| | Neuropsychiatrist, War Related Injuries and Illness Study Center, Washington Veteran's Hospital, Washington, District of Columbia |
| 2002- | Clinical Professor of Psychiatry and Behavioral Sciences, George Washington University School of Medicine and Health Sciences, Washington, D.C. |
| 2002- | Clinical Associate Professor of Psychiatry Georgetown University School of Medicine, Washington, D.C. Georgetown University Hospital, Washington, D.C. |
| 2002-2003 | Director, Neuropsychiatry Program, Department of Psychiatry, Georgetown University School of Medicine, Washington, D.C. |
| 1980-2002 | Practice of Neuropsychiatry, Neurology and Psychiatry Temple Medical Center, New Haven and Woodbridge, CT. |
| 1980-2000 | Yale University School of Medicine, New Haven, CT: Lecturer (1994-2002); Assistant Clinical Professor (1980-1994) |
| 1973-1979 | University of Pittsburgh School of Medicine, Pittsburgh, PA.: Associate Professor of Psychiatry and Assistant Professor of Neurology (1977-1979); Assistant Professor of Psychiatry and Neurology (1973-1977) |
| 1969-1973 | Yale University School of Medicine, New Haven, CT; Chief Resident in Neurology (1972-1973); Assistant Resident in Neurology (1971-1972); Assistant Resident in Psychiatry (1969-1971) |
| 1968-1969 | Medical and Pediatric Internship, Washington Hospital Center, 110 Irving Street, NW, Washington, D.C. |

**Professional
Honors or
Recognition:**

| 1979 | Elected Fellow, American College of Physicians |
| 1987- | Elected Counselor, Connecticut Psychiatric Society New Haven – Middlesex Chapter |
| 1988-1990 | Director, American Neuropsychiatric Association |
| 1990-2001 | Advisory Board, American Neuropsychiatric Association |
| 1991 | Elected Fellow, The Royal Society of Medicine |
| 1993 | Elected Fellow, American Psychiatric Association |
| 1996 | Elected to the Board of Directors, American Academy of Clinical Psychiatrists |
| 1996 | Exemplary Psychiatrist Award, National Alliance for the Mentally Ill |
| 1998 | Elected President, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1998 | Elected President, American Academy of Clinical Psychiatrists |
| 1999 | Elected Treasurer, American Academy of Clinical Psychiatrists |
| 2000 | Elected Fellow, American Neuropsychiatric Association |
| 2004 | Elected Distinguished Life Fellow, American Psychiatric Association |
| 2005 | Elected Consultant of the Scientific Program Committee, American Psychiatric Association |
| 2008 | Elected Representative of District Branch in Assembly, American Psychiatric Association |

**Boards and Specialty Certification:**

| 1974 | American Board of Psychiatry and Neurology  # 13424 Diplomate, Certified in Psychiatry |

| 1978 | American Board of Psychiatry and Neurology   # 17744<br>Diplomate, Certified in Neurology |
| --- | --- |
| 1991 | Diplomate, American Academy of Pain Management  #<br>2431 |

**Hospital Staff<br>Appointments:**

| 1973-1979 | Western Psychiatric Institute & Clinic, Pittsburgh, PA. |
| --- | --- |
| 1973-1979 | Presbyterian University Hospital, Pittsburgh, PA. |
| 1979-1988 | Waterbury Hospital, Waterbury, CT. |
| 1979-2001 | Hospital of St. Raphael, New Haven, CT. |
| 1980-2001 | Yale-New Haven Hospital, New Haven, CT. |
| 1983-1993 | Veteran's Memorial Medical Center, Meriden, CT. |
| 1995-1997<br>1995-2001 | Yale Psychiatric Institute, New Haven, CT.<br>Masonic Geriatric Healthcare Center, Wallingford, CT. |
| 2001-2003 | Georgetown University Hospital, Washington, DC. |
| 2001- 2005 | The George Washington University Hospital, Washington,<br>DC. |
| 2004- | Suburban Hospital, Bethesda, MD. |
| 2008- | Veteran's Administration Hospital, Washington, D.C. |

**Consultation:**

| 1974-1977 | Forbes Hospital System, Pittsburgh, PA. |
| --- | --- |
| 1974-1977 | Mayview State Hospital, Bridgeville, PA. |
| 1974-1977 | Veterans Administration Hospital, Pittsburgh, PA. |
| 1978-1979 | Monogahela Valley Hospital, Pittsburgh, PA. |
| 1980-1982 | Yale Psychiatric Institute, New Haven, CT. |
| 1981-1982 | Shirley Frank Foundation, Bridgeport, CT. |

| | |
|---|---|
| 1983-2001 | Connecticut Mental Health Center, New Haven, CT. |
| 1985-1986 | Veterans Administration Health Center, New Haven, CT. |
| 1985-2001 | Connecticut Peer Review Organization |
| 1987- 1988 | Whiting Forensic Institute, Middletown, CT. |
| 1987-1990 | Altobello State Hospital for Adolescents, Middletown, CT. |
| 1987-2001 | Saint Francis Care Behavioral Health, Portland, CT. |
| 1996-2000 | Professional Advisory Board of the Diagnostic and Assessment Center, Landmark College, Putney, VT. |
| 2006-2007 | Consultant of the Scientific Program Committee, American Psychiatric Association, Arlington, VA |

**Administrative Appointments:**

| | |
|---|---|
| 1973-1975 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Senior Physician, Neurodiagnostic Clinic |
| 1973-1975 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Emergency Services and Brief Treatment |
| 1973-1976 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Senior Physician, Mental Retardation Service |
| 1973-1978 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Electroencephalographic Laboratory |
| 1976-1977 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Office of Diagnostic Services |
| 1977-1979 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Behavioral Neurology Program |
| 2002-2003 | Georgetown University Hospital, Washington, DC. Director, Neuropsychiatry Program |

**Membership:**

| | |
|---|---|
| 1969- | The Johns Hopkins Medical and Surgical Society |

| | |
|---|---|
| 1973- | American Academy of Neurology |
| 1973- | American Psychiatric Association |
| 1973- | American College of Physicians |
| 1979-2001 | Connecticut Psychiatric Society |
| 1982- | The New York Academy of Science |
| 1982-2001 | New Haven County Medical Association |
| 1984-2001 | Connecticut State Medical Society |
| 1986- | American Academy of Psychiatry & the Law |
| 1988- | American Academy of Clinical Psychiatrists |
| 1988- | American Neuropsychiatric Association |
| 1990- | World Federation of Neurology |
| 1991- | Royal Society of Medicine |
| 1994- | American Academy of Child and Adolescent Psychiatry |
| 1996- | American Society of Clinical Psychopharmacology |
| 1997- | International Society of Transcranial Magnetic Stimulation |
| 2000- | American Academy of Immunotherapy |

**Consultation to
State and
Federal Courts
and Agencies:**

| | |
|---|---|
| 1977-1978 | Consultant, Neuropsychiatric Evaluation of Juvenile Offenders, Allegheny County Juvenile Court, Pittsburgh, PA. |
| 1977-1979 | Member, Acute Psychiatric Task Force Emergency Health Services Council, Commonwealth of PA. |
| 1977-1985 | Chairman, Committee on Psychotropic Medication for the |

|           | Retarded, Department of Public Welfare, Commonwealth of PA. |
|-----------|-------------------------------------------------------------|
| 1985-1990 | State of Connecticut, Governor's Task Force on Aging |
| 1986-1987 | Superior Court of Waterbury, CT., Court Appointed Expert |
| 1990-2001 | State of Connecticut Department of Mental Health and Addiction Services, Evaluation Psychiatrist, Probate Court for Commitment Hearings |
| 1997-1998 | Human Rights Committee, Department of Mental Retardation, South Central Region, Connecticut |

**Committees, Boards and Consultantships:**

| 1977-1985 | Research Committee on Neuroepidemiology, World Federation of Neurology, Geneva, Switzerland |
|-----------|---------------------------------------------------------------------------------------------|
| 1982-1999 | Medical Advisory Board, Easter Seal Goodwill Industries Rehabilitation Center, New Haven, CT. |
| 1984-1988 | Board of Directors, Alzheimer's and Related Diseases Association of Southern Connecticut |
| 1985-1988 | Board of Directors, Parkinson's Disease Association of Southern Connecticut |
| 1985-1997 | Board of Advisors, Burch House, Littleton, New Hampshire |
| 1985      | American Psychiatric Association's Task force on Treatment of Psychiatric Disorders |
| 1986-1987 | Chairman, Program Committee, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1987-1990 | Membership Chair, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1987-2001 | Counselor, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |

| | |
|---|---|
| 1988-1990 | Alternative Care Committee, Connecticut Psychiatry Society |
| 1988-1992 | Convening Member, National Task Force for Children's Constitutional Rights, Philadelphia, PA. |
| 1992-1997 | National Task Force for Children's Constitutional Rights, Director and Treasurer |
| 1992-2000 | National Board of Medical Examiners, American Board of Psychiatry and Neurology, Part I Psychiatry Written Examination Sub Committee III |
| 1992-2001 | Physician Advisory Committee of Medicare, Connecticut Neurological Society |
| 1992- | Examiner, National Board of Medical Examiners, American Board of Psychiatry and Neurology Part II Psychiatry, Oral Examination |
| 1994-1996 | Scientific Advisory Board, Neurobiological Disorders Society |
| 1994-1998 | Treasurer, New Haven/ Middlesex Chapter, Connecticut Psychiatric Society |
| 1996- | Examiner, National Board of Medical Examiners, American Board of Psychiatry and Neurology, Part II Neurology Oral Examination |
| 1996-2003 | Board of Directors, American Academy of Clinical Psychiatrists |
| 1997-2001 | Private Practice Committee, Connecticut Psychiatric Society |
| 1998-1999 | Committee Member, New Haven Jewish Federation Housing Corp., Tower One/ Tower East |
| 1999-2001 | Board of Directors, Albert Schweitzer Institute for the Humanities |

**Editorial Consultant:**

| | |
|---|---|
| 1979- | American Journal of Psychiatry |

| | |
|---|---|
| 1983- | Psychosomatics |
| 1983- | American Psychiatric Association Press |
| 1987- | International Journal of Psychiatry in Medicine |
| 1987- | Toxic Emergency Medical Information Sheet, Jonathan Borak and Company, Inc. |
| 1990-2003 | Annals of Clinical Psychiatry |
| 1994- | Neurology |
| 1996- | Clinical Child Psychology and Psychiatry |
| 1998- | Harvard Review of Psychiatry |
| 2002- | Journal of the American Academy of Psychiatry and the Law |

**Editorial Boards:**

| | |
|---|---|
| 1990-1997 | Annals of Clinical Psychiatry, Editor, Special Treatment Section |
| 1997-2003 | Annals of Clinical Psychiatry, Editorial Board |
| 1999-2003 | Psychiatric Update, Editorial Advisory Board |

**University Activities:**

Teaching:

| | |
|---|---|
| 2009 | The Fielding Graduate School, Bethesda, MD. Neuropsychology Course |
| 1983-2000 | Connecticut Mental Health Center, New Haven, CT. Neuropsychiatric Consultant |
| 1984-1985 | Yale University School of Medicine, Physicians Associate Program Thesis Supervision |

| | |
|---|---|
| 1985 | Geriatric Psychiatry, Elective for Psychiatric Residency Program, Yale University School of Medicine |
| 1985-1987 | Consultation-Liaison Rounds, Yale-New Haven Hospital |
| 1985-1987 | Yale University School of Medicine, Supervision of Medical Student Thesis |
| 1985-1988 | Yale University Third-Year Medical Students, Supervision of Neurology Clerkship |
| 1986-1987 | University of Connecticut School of Social Work, Clinical Internship Supervisor |
| 1987-2001 | Yale University School of Public Health, Division of Chronic Disease Epidemiology, Supervision of Clinical Practicum |
| 1989 | Institute of Living Residency Program, Neuropsychiatry Elective |
| 1992-2001 | Yale University School of Medicine, Department of Psychiatry, Genetic Epidemiology Research Unit, Supervision of PGY III and PGY IV Residents on Neurological Examination |
| 1993 | Yale University School of Medicine, Department of Psychiatry, Neuropsychiatry, PGY II Integrated Psychopathology Course |
| 1993-2001 | Yale University School of Medicine, Neurology Training Rotation Psychiatry Residents |
| 1994-1996 | Connecticut Mental Health Center, Dual Diagnosis Clinic, Training and Supervision of Psychiatry Residents |
| 1996-1998 | Connecticut Mental Health Center, Yale Medical Students, Psychiatry Clerkship |
| 1998-2001 | Yale University of Medicine, Psychiatric Residency, Neuropsychiatry Elective |
| 2000-2001 | Yale University School of Medicine, Neuropsychology Fellows, Neuropsychiatry Elective |
| 2002 | Georgetown University School of Medicine, Neuropsychiatry, Medical Students and Residents |

| | |
|---|---|
| 2007-Present | Inova Fairfax Hospital/George Washington University Psychosomatic Medicine Fellowship, Residents |

**Research:**

| | |
|---|---|
| 1965 | Medical Student Training Grant "Sensory Motor Feedback in the Temporal Lobe of the Brain"  Neurocommunications Laboratory, Department of Psychiatry, Johns Hopkins Hospital, Principal Investigator – Richard Chase, M.D. |
| 1966 | Principal Investigator, Grant form the Moses Family Fund for Research On Myasthenia Gravis, "The Elctromyographic Effect of Guanidine" Department of Medicine, Johns Hopkins Hospital |
| 1977 | Co-Investigator, "Involvement of Cholinergic Mechanisms in Mental Disease," MH26320, National Institute of Mental Health, University of Pittsburgh School of Medicine Principal Investigator: I. Hanin, Ph.D. |
| 1977 | Consultant. "Mental Health Clinical Research Center for Affective Disorders," MH30915, National Institute of Mental Health, University of Pittsburgh School of Medicine, Principal Investigator: David Kupfer, M.D. |
| 1977 | Consultant, "Multi-Institutionalized Controlled Study of Brain Resuscitation," Resuscitation Research Institute, University of Pittsburgh School of Medicine, Principal Investigator: Peter Safer, M.D. |
| 1978 | Consultant, "Environmental Personal Treatment Interaction in the Course of Schizophrenia," MH30750, National Institute of Mental Health, University of Pittsburgh School of Medicine, Principal Investigator: GE Hogarty, M.S.W. |
| 1986 | Consultant, "Alcoholism and Anxiety: A Genetic Epidemiologic Approach," AA 07080, January 1, 1987 – December 31, 1991, Yale University School of Medicine, Principal Investigator: Kathleen R. Merikangas, Ph.D. |
| 1987 | Consultant, "Specificity of Transmission of Substance Abuse," DA0534, October 1, 1987 – September 30, 1992, Yale University School of Medicine, Principal Investigator: Kathleen R. Merikangas, Ph.D. |
| 1989 | Consultant, "Family Study of Co-Segregation of Affective |

Disorders and Migraine," MacArthur Foundation Research Network I on the Psychobiology of Affective Disorder, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1994      Consultant, "Minority Children at High Risk for Alcohol-Related Problems," Department of Health and Human Services, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1996      Co-Investigator "Bipolar Affective Disorder in Migraine," Collaborative study at Harvard University and Yale University, Principal Investigator: Kathleen R. Merikangas, Ph. D.

**Grant Reviews:**

1991      Ad Hoc Reviewer, the Harry Frank Guggenheim Foundation for a Research Grant 1991

**Publications:**

**Original Articles:**

Merikangas JR, Johns RJ.  The effect of guanidine on the muscle action potential. *Johns Hopkins Med. J.*; 1968; 122:37-41.

Foster G, Coble P, Merikangas JR, McPartland R, Ingenito G, Kupfer D. Disorder of arousal or psychomotor epilepsy; differential diagnosis and treatment of a rare heredofamilial disease. *Sleep Research*. 1975; 4:214.

Glass J, Kennerdell J, Merikangas JR.  Frontal and occipital visual evoked potentials in visually deprived humans. *Neurosci Abst.* 1975; 1:93.

Merikangas JR.  Common neurologic syndromes in medical practice. *Med Clin North Am.* 1977; 61:723-736.

Glass J, Crowder J, Kennerdell J, Merikangas JR.  Visually evoked potentials from occipital and pre-central cortex in visually deprived humans. *Electroencephalog Clin Neurophysiol*. 1977; 43:207-217.

Hanin I, Kopp U, Zahniser NR, Shih TM, Spiker DG, Merikangas JR, Kupfer DG, Foster FG. Acetylcholine and choline in human plasma and red blood cells: A gas

chromatograph/mass spectrometric evaluation. *Cholinergic Mechanisms and Psychopharmacology*. New York: Plenum. 1977:181-195.

Merikangas, JR, Merikangas KR, Katz L, Pan S. Chromosome banding analysis in cornelia deLange syndrome. *Hum Genet*. 1977; 39:217-219.

Merikangas JR, Auchenbach R.  Carbamazepine in raynaud's disease. *Lancet*. December. 1977; 3:2:1186.

Neil JF, Merikangas JR, Davies RK, Himmelhoch JM.  Validity and clinical utility of neuroleptic-facilitated electroencephalography in psychotic patients. *Clin Electroencephalography*. 1978; 9:38-48.
Merikangas JR.  Neurodiagnostic methods for the aged. *Audio-Digest* Glendale, Psychiatry, Vol. 7, Number 12, Side B, June 26, 1978.

Merikangas JR.  Skew deviation in pseudotumor cerebri. *Ann Neurol*. 1978; 4:583.

Hanin I., Merikangas JR., Merikangas KR., Kopp U.  Red cell choline and Gilles de la Tourette syndrome. *N Engl J Med,* 1979; 1301:661-662.

Merikangas JR, Reynolds CF.  Blepharospasm: Successful treatment with clonazepam.
*Ann Neurol*, 1979; 15:401-402.

Merikangas JR, Marasco JA, Feszko W. Basal ganglia calcification in Down's syndrome. *Computerized Tomography*. 1979; 13:111-113.

Neil JF, Merikangas JR, Glew RH.  EEG findings in adult neuronopathic Gaucher's disease. *Clinical Electroencephalography*. 1979; 10:198-205.

Neil JF, Hanin I, Merikangas JR, Merikangas KR, Foster G, Spiker DG, Kupfer D. Walking and all-night sleep EEG's in anorexia nervosa.  *Clinical Electroencephalography*. 1980; 11:9-15.

Merikangas KR, Risch NJ, Merikangas JR, Weissman MM.  Association between depression and migraine. *Amer J Epid (Abst)*. 1985; 122:538-539.

Manuelidis EE, Kim JH, Merikangas JR, Manuelidis L.  Transmission to animals of Creutzfeldt-Jacob disease from human blood. *Lancet ii*. 1985; 8460:896-897.

Merikangas JR, Merikangas KR, Kopp U, Hanin I.  Blood choline and response to clonazepam and haloperidol in Gilles de la Tourette's syndrome. *Acta Psychiatrica Scand*. 1985; 72:395-399.

Merikangas KR, Risch NJ, Merikangas JR, Weissman MN, Kidd KK.  Migraine and depression: Association and familial transmission. *J Psychiatric Res*. 1988; 22:119-129.

Merikangas JR, Merikangas KR, Calcium channel blockers in MAOI-induced hypertensive crises. *Psychopharmacology* 96 (supp): 1988: 229.

Merikangas KR, Merikangas JR.  Advances in the pharmacologic treatment of migraine. Psychopharmacology, 96 (supp): 1988: 145.

Katz LJ, Lester RL, Merikangas JR, Silverman JP.  Ocular myasthenia gravis after D-penicillamine administration. *Brit J Ophthalmology*. 1989; 73:12:1015-1018.

Merikangas JR, Seminars in Treatment: Introduction to serotonergic drugs. *Annals Clin Psychiatry*. 1990; 2:3:2-3.

Merikangas JR.  Seminars in Treatment: Introduction to child psychiatry. *Annals Clin Psychiatry*. 1991; 3:1:1-3.

Merikangas JR. Routine tests of drugs. *Am J Psychiatry*. 1991 Jul; 148 (7):947.

Merikangas JR.  Seminars in Treatment: Introduction to hospital psychiatry. *Annals Clin Psychiatry.* 1992; 4:1:1.

Merikangas KR, Merikangas JR, Angst J.  Headache syndromes and psychiatric disorders: Association and familial transmission. *J Psychiat Res.* 1993; 27:197-210.

Sananes C, Grillon C, Merikangas JR, Merikangas KR.  Eyeblink reflex and migraine. Proceedings VIth Congress of the International Headache Society. 148, 1993.

Merikangas KR, Stevens D, Merikangas JR, Cooper T, Glover V, Sanlder M. Tyramine conjugation deficit in  migraine and tension type-headache.  Proceedings VIth Congress of the International Headache Society. p. 236, August 26-29, 1993.

Merikangas JR, Rojahn J.  Seminars in Treatment: Introduction to the treatment of the mentally retarded. *Ann Clin Psychiatry*. 1993; 5:3:149-150.

Merikangas KR, Stevens D, Merikangas JR, Katz C, Glover V, Sandler M.  Tyramine conjugation deficit in migraine, tension-type headache and depression. *Biol Psychatry*. 1995; 38:730-736.

Merikangas KR, Merikangas JR.  Combination monoamine oxidase inhibitor and beta-blocker treatment of migraine with anxiety and depression. *Biol Psychiarty*. 1995; 38: 603-610.

Merikangas JR, Stevens D, Merikangas KR, Enalapril prophylaxis of migraine. *Schwizer Archiv for Neurologie and Psychiartie*. 1996; 147:118-123.

Merikangas KR, Stevens D, Merikangas JR.  Treatments of migraine and tension-type headaches with concomitant depression. Directions in Psychiatry, Vol. 17. Summer, 1997.

Davalos D, Merikangas JR, Bender S.  Psychosis in hypomelanosis of Ito. *Jounal of the Royal Society of Medicine*. 2001; 94:140-141.

Shur-Fen SG, Merikangas JR, Merikangas KR.  Specificity of neurological and neurocognitive function in children with attention-deficit/hyperactivity disorder. J Neuropsychiatry Clin Neuroscience. 2002; 14:1:105.

Low NCP, Merikangas JR, Merikangas KR.  Migraine and mood disorders. Psychiatric Annals. 2004; 34:1:33-40.


**Chapters, Books**:

Merikangas JR (Ed.)  Brain-behavior relationships. Lexington: Health 1981.

Merikangas JR.  The neurology of violence. In Merikangas JR (Ed.)  Brain-behavior relationships. Lexington: Health 155-185, 1981.

Merikangas JR, Merikangas KR, Black HR.  Clonidine and beta-blockers in psychiatry.  In Giannini J (Ed.): Biological Foundations of Clinical Psychiatry, New York: Elsevier, 289-309, 1986.

Merikangas JR.  Headache syndromes. In Stoudemeier A. Fogel B, (Eds.) medical Psychiatric Practice Vol. 1, Washington D.C.: American Psychiatric Press, 393-424, 1991.

Stevens DE, Merikangas KR, Merikangas JR.  Comorbidity of depression and other medical conditions. In Weingarten S. (Ed.) Handbook of Depression, New York: Guilford Publications, 147-199. 1995.

Merikangas KR, Stevens DE, Merikangas JR.  Migraine and headache disorders.  In Robinson RG and Yates WR (Eds.) Psychiatric Treatment of the Medically Ill. New York, Marcel Dekker, Inc., 425-442. 1999.

Davalos, D.B., Hayes, A. & Merikangas, J.  Autism and Hypomelanosis of Ito.  In O. Ryanskin,  (Ed.),  Focus on Autism Research.  (pp. 309-338).  New York: Nova Science Publishers. 2005.

Merikangas KR, Merikangas JR.  Neuropsychiatric aspects of headache.  In Comprehensive Text Book of Psychiatry.  Lippincott, Williams and Wilkins, 480-487. 2006.
Merikangas JR. Forensic Neuropsychiatry. In Guide to Neuropsychiatric Therapeutics.  Lippincott, Williams and Wilkins, 388-402. 2006.

Wise, T., Merikangas, JR. The Interface of Neurology & Internal Medicine. Somatoform Disorders. Lippincott, Williams and Wilkins, 969-977, 2008.

**Book Reviews:**

Merikangas JR. Gilles de la Tourette Syndrome. Shapiro AK, Shapiro ES, Bruun RD, Sweet RD. J Clin Psychiatry, 1981; 42:482-483.

Merikangas JR. Progress in Aphasiology. Rose CR (Ed.), New York: Raven, Am. J. Psychiatry, 1986; 143:1046-1047.

Merikangas JR. The Bridge Between Neurology & Psychiatry. In Reynolds EH and Trimble MR, Am. J. Psychiatry, 1991; 148:1.

Merikangas Jr. Merritt's Textbook of Neurology Eighth Edition, Rowland LP (Ed.), Am. J. Psychiatry, February 1992; 149:2.

Merikangas JR. Brain and Behavior in Child Psychiatry, Rothenberger A (Ed.) Am. J. Psychiatry, January 1993; 150:1.

Merikangas JR. The Butcher Boy, Patrick McCabe, Am. J. Psychiatry, December 1994; 151:12.

Merikangas JR. Johnny, I Hardly Knew You, Edna O'Brien in "Edna O'Brien Reader," Am. J. Psychiatry, December 1994; 151:12.

Merikangas JR. Molecular and Genetic Basis of Neurological Disease, Rosenberg R, Prusiner S, DiMauro S, Barchi R, Kunkel L. (Eds.) Am. J. Psychiatry, January 1995; 152:1.

Merikangas JR. Marabou Stork Nightmares: A Novel, Irvine Welsh, Am. J. Psychiatry, December 1996; 153:12.

Merikangas JR. The Eighties: A Reader, Gilbert T. Sewall (Ed.), Am. J. Psychiatry, February 1999; 156:2:329-330.

Merikangas JR. The Law & Mental Health Professionals – Connecticut, Sheila Taub. Connecticut Psychiatrist, Summer 1999; 41:3:13

Merikangas JR. Bad Boys, Bad Men: Confronting Antisocial Personality Disorder, Donald W. Black and C. Lindon Larson, Am. J. Psychiatry, December 1999; 156:12:2011-2012.

Merikangas JR. Child and Adolescent Neurology, Ronald B. David (Ed.), Am. J. Psychiatry, August 2000; 157:8:1356-1357.

Merikangas JR.  Neurodevelopmental Approach to Specific Learning Disorder: Clinics in Developmental Medicine 145, Kingsley Whitmore, Hillary Hart and Guy Willems (Eds.), *Amer J Psychiatry*, March 2001; 158:3:510-512.

Merikangas JR.  The Brain and Behavior An Introduction to Behavioral Anatomy, David I. Clark and Nashaat N. Boutros. *J Neuropsychiatry Clin Neurosci*, Fall 2001; 13:4:525-526.

Merikangas JR.  Translated Accounts: A Novel, by James Kelman. *Am. J. Psychiatry*, 2002; 159:12:2120.

Merikangas JR.  The Curious Incident of the dog in the Night-Time: A Novel. *Am. J. Psychiatry*, Dec 2003; 160:2245-2246.

Merikangas JR.  The Developmental of Psychopathology: Nature and Nurture, Bruce f. Pennington. *Am. J. Psychiatry*, October 2004; 161:10:1932-1934.

Merikangas JR.  Hitler: Diagnosis of a Destructive Prophet. *Am. J. Psychiatry,* Jun 2002; 159: 1760-1766.

Merikangas JR.  The Cave. *Am. J. Psychiatry*, Dec 2004; 161: 2335-2336.

Merikangas JR. Transmission: A Novel. *Am. J. Psychiatry,* Dec 2005; 162: 2411-2412.

Merikangas JR. Neuropsychiatry and Behavioral Neurology Explained. *Psychosomatics,* March-April 2007; 48.2: 181-182

## Miscellaneous Publications:

Merikangas JR.  Neuropsychiatrist – Who qualifies as one? Letter to the Editor. *J Neuropsychiatry*. 1990; 2:3:354.

Merikangas JR.  Routine tests of drugs. Letter to the Editor. *Amer J Psychiatry*. 1991; 148:7:974.

Merikangas JR.  Violence and the Brain. Letter to the Editor. *The Sciences*. November/December 1992.

Merikangas JR.  Commentary regarding "The Treatment of Clinical Aggression: An Integrative Approach" by Ratey JJ and Leveroni CL. *Integrative Psychiatry*. 1992; 8:75-176.

Merikangas JR.  "Changing over-the-counter drugs while retaining the brand name." Letter to the Editor. *Annals of Internal Medicine*. 1993; 118:12:988.

Merikangas JR. "Resolved: Managed Care Violates Medical Ethics", Letter to the Editor, *Connecticut Medicine*. August 1996:60:8:505-509.

Merikangas JR. "Confidentiality: A Vanishing Right?", Letter to the Editor, ACP Observer, p 6. December, 1996.

Merikangas JR. "Ethics in Managed Care-A Response to Maria Lenaz's Article", Letter to the Editor, *Connecticut Medicine*, 62, 2, p 108. February 1998.

Merikangas JR. "Shortfall of Physicians?" Letter to the Editor, *Connecticut Medicine*, 62, 7. July, 1998.

Merikangas JR. "Das Warten auf den Tod ist Folter", "Waiting for Death is Torture" Interview, *Der Spiegel*, Vol. 48, pp 176-180, October 18, 1999.

Merikangas JR. "A Review of Stephen Soderbergh's Movie Traffic", *J Amer Acad Psychiatry Law*, 29.2, pp 241-242, 2001.

Merikangas JR. "Commentary: Alcoholic Blackout – Does It Remove Mens Rea?", *J Am Acad Psychiatry Law*, 32:375-7, 2004.

Merikangas JR. "A Lesson of Columbine, 10 Years Later" Letter to the Editor, *New York Times*, 18 April, 2009.

## National and International Lectures:

"Frontal and Occipital Evoked Potentials in Visually Deprived Humans", Society of Neurosciences, New York, December 5, 1975.

"Diagnosis and Management of Pain", American Psychosomatic Society, Continuing Education Course, Pittsburgh, P.A. April 1976.

"Psychosis and Movement Disorder: Interrelations", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Total Care of the Psychiatrically Ill Retarded", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Medication of the Mentally Retarded in an Outpatient Setting: Rationale and Consistencies", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Medical Considerations at Intake", The Association Psychiatric Outpatient Centers of American, Regional Meeting, Pittsburgh, PA, October 1977.

"Seizure Disorder and Headache", Practical Medicine for the General Psychiatrist. Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA,

November 6, 1977.

"Neurodiagnostic Methods for the Aged", American Psychiatric Association Annual Meeting, Atlanta, GA, May 8, 1978
Industrial Health Foundation, Inc., Pittsburgh, PA, September 18, 1978.

"Seizure Disorder", Practical Medicine for the General Psychiatrist, Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA, November 9, 1978.

"Psychosomatic Illness-Evaluation and Treatment", Industrial Health Foundation, Inc. Pittsburgh, PA, May 1979.

"Psychological Aspects of Stress and "Overview of Psychosis and Neurosis", Industrial Health Foundation, Pittsburgh, PA, September 1980.

"Children with Neurological Problems Presenting as Psychiatric Problems", Continuing Educational Program, Dartmouth Hitchcock Medical Center, Brattleboro Retreat, Brattleboro, VT, October 1980.

"Neurophysiology of Violence", Psychosomatic Grand Rounds, Yale-New Haven Hospital, New Haven, CT, February 18, 1981.

"Behavioral Emergencies", Connecticut Emergency Medical Services Annual Educational Seminar, New Britain, CT, March 13, 1981.

"Mental Retardation", Yale Law School, Yale University, New Haven, CT, April 2, 1981.

"Organic Brain Disorders", South Central Community College, New Haven, CT, April 29, 1981.

"Behavioral Manifestations and Treatment of Chronic Organic Brain Syndrome", Chapel Haven Center for Brain Damaged Adults, New Haven, CT, November 10, 1981.

"Neurological and Psychiatric Considerations in Parkinson's Disease", East Shore Parkinson's Support Group, East Haven, CT, November 19, 1981.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 15, 1981.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 19, 1982.

"Psychiatric Problems of Epileptics" and "Atypical Psychiatric Syndromes and Pharmacological Treatment", Course on Psychopharmacology in Children and Adolescents. American Psychiatric Association, Toronto, Canada, May 20, 1982.

"Neurological Complications of Alcohol", Shirley Frank Foundation, New Haven, Ct, June 4, 1982.

"Psychotropic Medication", Conference on Mental Health and Developmental Disability Consortium of New Haven, Clifford Beers Child Guidance Center, New Haven, CT, October 9, 1982.

"Medical Problems in Arbitration", National Academy of Arbitrators, Northeast Regional Meeting, Southbury, CT, October 20, 1982.

"Pharmacology of Neuroleptic Induced Movement Disorder, II", Institute of Living, Hartford, CT, November 8, 1982.

"Headaches", Healthwise Television Broadcast, Storer Cable TV, Channel U-24, New Haven, CT, November 16, 1982.

"Psychiatric Complications of Medical Drugs", Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 14, 1983.

"Choline and Drug Response in Tourette's Syndrome", VII World Congress of Psychiatry, Vienna, Austria, July 15, 1983.

"Psychiatric and Family Aspects of Parkinson's Disease", Parkinson Enlightenment Program, Hamden, CT, February 1, 1983.

"Headaches", Healthwise Television Broadcast, Storer Cable TV, Channel U-24, New Haven, CT, February 16, 18, 1983.

"Violence and Atypical Psychosis", Connecticut Valley Hospital, Middletown, CT, March 9, 1983.

"Hysteria and Neurological Conditions", Mental Health Clinic, Hospital of St. Raphael, New Haven, CT, March 11, 1983.

"Neuropsychiatric Assessment in Childhood", West Haven Division of Connecticut Mental Health Center, West Haven, CT, April 14, 1983.

"Parietal Lobe Disorders, Part I", Integrated Seminar in Psychiatry and Psychosomatic Medicine, Yale-New Haven Hospital, New Haven, CT, April 18, 1983.

"Parietal Lobe Disorders, Part II", Integrated Seminar in Psychiatry and Psychosomatic Medicine, Yale-New Haven Hospital, New Haven, CT, April 25, 1983.

"Stress and Headache in Business", Combined Resources, Stone School of Business, New Haven, CT, May 26, 1983.

"Job Stress", Hospital of St. Raphael, New Haven, CT, June 3, 1983.

"Neurological Considerations in Psychiatry", Connecticut Valley Hospital, Middletown, CT, November 17, 1983.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 14, 1984.

"Psychopharmacology of Children and Adolescents", Course Presentation at Annual Meeting of the American Psychiatric Association, Los Angeles, CA, May 10, 1984.

"Temporal Lobe Epilepsy", Connecticut Mental Health Center, New Haven, CT, January 12, 1984.

"Face Pain", Grand Rounds in Oral Surgery, Hospital of St. Raphael, New Haven, CT, March 13, 1984.

"Beta Blockers in Psychiatry", Connecticut Valley Hospital, Middletown, CT, April 11, 1984.

"On the Insanity Defense", University of Bridgeport School of Law, Bridgeport, CT, April 19, 1984.

"Altered Mental States and the Interface Between Neurology and Psychiatry", Griffin Hospital, Derby, CT, November 10, 1984.

"Distinguishing Neurologic and Psychiatric disease", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, December 18, 1984.

"Association Between Depression and Migraine", Annual Meeting of The Society for Epidemiologic Research, Chapel Hill, NC, June 20, 1985.

"Altered States", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 17, 1986.

"Anticonvulsants in Psychiatric Disorders", Jefferson Medical College, Philadelphia, PA, April, 1986.

"Facial Pain", Residents in Oral and Maxillofacial Surgery, Hospital of St. Raphael, New Haven, CT, July 15, 1986.

"Seizures and Affective Disorder", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, July 25, 1986.

"Management of the Difficult Patient", Memorial Hospital, Meriden, CT, September 18, 1986.

"Psychological Consequences of Multiple Trauma", International Rehabilitation Associates, Inc., Berlin, CT, November 1986.

"Mental Status Examination", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 16, 1987.

"Altered States of Consciousness", Neuropsychiatric Rounds, Yale-New Haven Hospital, January 17, 1987.

"The Neuropsychiatric Work-Up", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 23, 1987.

"Blepharospasm", Connecticut Blepharospasm Support Group Annual Meeting, Southbury, CT, April 26, 1987.

"Neuropsychiatry on Death Row", Rhode Island Hospital, Brown University, Providence, RI, October 27, 1987.

"MRI, Thermography and Evoked Potentials in the Evaluation of Low Back Pain", International Rehabilitation Associates, November 17, 1987.

"Neuropsychiatric Manifestations of Migraine", Connecticut Valley Hospital, Middletown, CT, February 3, 1988.

"Advances in the Pharmacologic Treatment of Migraine", Collegium Internationale Neuro-Psychopharmacologicum, Munich, West Germany, August 16, 1988.

"Calcium Channel Blockers in MAO-I Induced Hypertensive Crisis", Collegium Internationale Neuro-Psychopharmacologicum, Munich, West Germany, August 17, 1988.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, San Francisco, CA, May 8, 1989.

"Dangerous Headaches", Swiss Headache Society, Solothurn, Switzerland, December 2, 1989.

"Neuropsychiatry and the Violent Criminal", The Institute of Living, Hartford, CT, February 8, 1989.

"Medical Testimony in Malpractice Actions", Connecticut Trail Lawyers Association, New Haven, CT, April 1989.

"Objective Testing to Determine Rehabilitation Potential for Appropriate Therapy for

Traumatic Brain Injury", Intracorp, Glastonbury, CT, May 24, 1989.

"Neuropsychiatry", CROSSTALK, Television broadcast, Channel 28, New Haven, CT, May 24, 1989.

"Medical Ethics and the Care of Children", University of Pennsylvania School of Nursing, Philadelphia, PA, December 5, 1989.

"Thermography", Trial Strategies Seminar, Travelers Insurance Company, Orlando, FL, February 14, 1990.

"Death Row Criminals", Breakthrough with Dr. Larkin, Radio broadcast, Pastoral Theological Institute, Hamden, CT, March 21, 1990.

"Alcoholism", Breakthrough with Dr. Larkin, Radio broadcast, Pastoral Theological Institute, Hamden, CT, March 21, 1990.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, New York City, New York, May 13, 1990.

"A Practical Clinical Laboratory Guide for Psychiatrists", American Psychiatric Association Annual Meeting, New York City, NY, May 15, 1990.

"Neuropsychiatric Considerations and the Insanity Defense for Murder", Georgia Resource Center, Atlanta, GA, July 12, 1990.

"Painful Neuropathies", Bristol Hospital, Bristol, CT, January 29, 1991.

"Painful Neuropathies", Charlotte Hungerford Hospital, Torrington, CT, February 1, 1991.

"Behavioral Management for the TBI Client Via Pharmacological Intervention", New Medico Head Injury Systems, Meriden, CT, March 22, 1991.

"Children as Witnesses in Child Abuse Cases", Eyewitness News, WFSB Channel 3, April 29, 1991.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, New Orleans, LA, May 14, 1991.

"Serial Killers", Eyewitness News, WFSB Channel 3, July 26, 1991.

"The Neuropsychiatric Evaluation of Violent Behavior", National Alliance for the Mentally Ill Children & Adolescent Network, Woodbridge, CT, November 13, 1991.

"Homicide Task Force", Eyewitness News, WFSB Channel 3, November 19, 1991.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, Washington, DC, May 3, 1992.

"Evaluation and Treatment of Violent Youth", Community Action for the Mentally Ill Offender, Seattle, WA, May 28, 1992.

"Neuropsychiatric Evaluation of Juvenile Offenders", National Coalition for the Mentally Ill in the Criminal Justice System, Seattle, WA, May 28, 1992.

"The Phoenix Park Murders", James Joyce Symposium, Dublin, Ireland, June 18, 1992.

"The Neurological Basis for Violent Behavior: Children and Adults", National Alliance for the Mentally Ill National Meeting, Washington, DC, September 12, 1992.

"Who's on Death Row? Psychiatric Portraits", Violence in America Psychological and Sociological Perspectives, Washington, DC, October 16, 1992.

"Radiology and Neurology Consultation", PGY II Integrated Psychopathology Course, Veterans Administration Hospital, West Haven, CT, February 18, 1993.

"Epilepsy", PGY II Integrated Psychopathology Course, Veterans Administration Hospital, West Haven, CT, February 22, 1993.

"Diagnostic Imaging", PGY II Integrated Psychopathology Course, Yale-New Haven Hospital, New Haven, CT, March 15, 1993.

"Epilepsy", PGY II Integrated Psychopathology Course, Yale-New Haven Hospital, March 22, 1993.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, San Francisco, CA, May 23, 1993.

"Post Traumatic Headaches", Swiss Neurological Society, Flims, Switzerland, June 5, 1993.

"Pharmacotherapy of Traumatic Brain Injury in Children", American Academy of Child Psychiatry National Meeting, San Antonio, TX, October 28, 1993.

"Specialty Clinics in Child Psychiatry", American Academy of Child Psychiatry National Meeting, San Antonio, TX, October 28, 1993.

"Evaluation of the Violent Offender", Second International Conference on Treatment and Diversion of Mentally Disordered Offenders, Tempe, AZ, November 8, 1993.

"The Clinton Health Care Package", with Senator Joseph Crisco, Commissioner Donald Pogue and Professor Theodore Marmer. Public Service Cable Television

broadcast, Seymour, CT, November 12, 1993.

"The Neurobiology of the Attention Deficit Disorder and Learning Disabled Brain", Children and Adults with Attention Deficit Disorders Support Organization, Berlin, CT, November 13, 1993.

"The Clinton Health Care Package – Part II", with Senator Joseph Crisco, Commissioner Donald Pogue, Professor Robert A. Burt and State Senator Kenneth Przybysz. Public Service Cable Television broadcast, Seymour, CT, January 24, 1994.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, Philadelphia, PA, May 22, 1994.

"Pharmacotherapy of Traumatic Brain Injury in Children", American Psychiatric Association Annual Meeting, Philadelphia, PA, May 23, 1994.

"SPECT, CT, MRI & EEG in Psychiatry", Yale University Psychiatric Residents, March 31, 1994.

"Anticonvulsants in Psychiatry", Yale University PGY III and PGY IV students, Veterans Administration Hospital, West Haven, CT, May 17, 1994.

"Preparing for a Career in Neuropsychiatry", American Psychiatric Association Annual Meeting, Miami, FL, May 24, 1995.

"Managed Care: The Psychiatrist and Neurologist in Private Practice", Department of Psychiatry, University Hospital, Bern, Switzerland, June 20, 1995.

"Mental Health Services to Youth Detained in Juvenile Justice Facilities", American Academy of Child and Adolescent Psychiatry Annual Meeting, New Orleans, LA, October 19, 1995.

"Vulnerability for Substance Abuse and Anxiety: A Family Study", American Academy of Child and Adolescent Psychiatry Annual Meeting, New Orleans, LA, October 21, 1995.

"Neuropsychiatric Evaluation of Death Row Criminals", University of Texas Medical Branch, Galveston, TX, January 31, 1995.

"Chronic Pain", Masonic Home and Hospital, Wallingford, CT, February 2, 1995.

"Swiss Psychiatry and the Mental Illness of Lucia Joyce", 15th Annual James Joyce Symposium, Zurich, Switzerland, June 21, 1996.

"Update on Headache", University of Massachusetts Medical Center, Worcester, MA, January 16, 1996.

"Medico-Legal Aspects of Headache Treatment", Headache Consortium of New England, Stowe, VT, March 2, 1996.

"Traumatic Brain Injuries and Its Consequences", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 27, 1997.

"Behavioral Problems of Epileptics", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 28, 1997.

"Neuromuscular Disorders", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 29, 1997.

"Traumatic Brain Injury and Its Consequences", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 1, 1997.

"Behavioral Problems in Epileptics", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 2, 1997.

"Neuromuscular Disorders", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 3, 1997.

"Serial Killers", Eye Witness News, WFSB News, Hartford, CT, July 18, 1997.

"Brain Abnormalities in Violent Criminals", Dateline NBC, July 20, 1997.

"Genetics of Crime", MSNBC, July 21, 1997.

"Cortical Stimulation and Response-Brain Behavior Relationships", Transcranial Magnetic Stimulation Conference, Interlaken, Switzerland, August 14, 1997.

"Mental Health Issues in Death Penalty Defense", National Institute for Trail Advocacy Meeting, Temple University School of Law, Philadelphia, PA, January 31, 1998.

"Mental Health Issues in Habeas Appeals", National Institute for Trail Advocacy Meeting, University of Texas School of Law, Austin, TX, June 27, 1998.

"James Joyce: Manic Genius and the Family Triangle", The Program for Humanities and Medicine, Yale University School of Medicine, May 7, 1998.

"Koskoff Inn of Court: Admissibility of Evidence: Porter and Daubert Decisions", Tyler, Cooper, and Alcorn, 205 Church Street, New Haven, CT, November 17, 1988.

"Introduction to the Multi-Axial System of DSM-IV", Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"Personality Disorder Diagnosis", Fourth Annual National Habeus Corpus Seminar,

Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"Substance Abuse: A Medical Disease", Fourth Annual National Habeus Corpus Seminar, Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"The Mental Illness of Lucia Joyce", Neurosciences and Psychiatry Congress of History, Joint Meeting of European Association for the History of Medicine, International Society for the History of the Neurosciences and European Club for the History of Neurology, Zurich, Switzerland, September 15, 1999.

"The Adolph Meyer Lecture: Crossing, Uncrossing, and Re-crossing of Neuropsychiatry in the USA", Neurosciences and Psychiatry Congress of History, Joint Meeting of European Association for the History of Medicine, International Society for the History of the Neurosciences and European Club for the History of Neurology, Zurich, Switzerland, September 16, 1999.

"Representing a Death-Sentenced Client in Federal Post-Conviction Proceedings", National Institute for Trial Advocacy Meeting, University of Houston Law Center, Houston, TX. January 20-23, 2000.

"Representing a Death-Sentenced Client in Federal Post-Conviction Proceedings", National Institute for Trial Advocacy Meeting, University of North Carolina School of Law, Chapel Hill, NC, January 18-20, 2001.

"Understanding Forensic Mental Health Issues", National Defender Investigator Association 2001 National Conference, Kansas City, MO, March 28, 2001.

"A New Look at Forensic Mental Health Issues, Missouri State Public Defender 2001 Capital Conference, Kansas City, MO. May 17, 2001.

"Understanding Forensic Mental Health Issues", National Defender Investigator Association, Northeast Regional Conference, Philadelphia, PA, September 27, 2002.

"How the Brain Works", Third National Seminar on Mental Health in Criminal Law, Atlanta, GA, November 2, 2002.

"Neuroscience of Music", Humanities in Medicine Series, Yale University School of Medicine, New Haven, CT, March 20, 2003.

"Mental Health Issues in Criminal Defense", D.C. Association of Criminal Defense Attorneys, Washington, DC, April 5, 2003.

"Applying Brain Imaging to Clinical Practice: A Master Clinician's View-Opening the Mind – The Clinical Application of Brain SPECT Imaging in Psychiatry", University of California Irvine College of Medicine and the Amen Clinics, Irvine, CA, May 3, 2003.

"Familial and Longitudinal Patterns of Comoborbidity of Migraine and Mental

Disorders", XXIV CINP Congress, The International Journal of Neuropsychopharamacology, Paris, June 20-24, 2004

"Prosecutorial Misconduct in Capital Cases- Hubris, Arrogance and the Abuse of Power", XXIXth International Congress on Law and Mental Health, Paris, France, July 8, 2005

"Neurodiagnosis of Child Murderers" and "US Supreme Court Revisits the Juvenile Death Penalty" panel member, 36th Annual Meeting of American Academy of Psychiatry and the Law, Montreal, PQ, Canada October 30, 2005.

"Brain Behavior and Cognition", National Seminar on the Development and Integration of Mitigation Evidence, Washington D.C., April 1, 2006

"Brain Imaging" and "Prosecutorial Misconduct", National Seminar on the Development and Integration of Mitigation Evidence, Washington D.C., March 30, 2007

"Migraine and Depression", Annual Meeting for American Academy of Clinical Psychiatrists, Washington D.C., March 31, 2007

## Fee Schedule of Medico-Legal Services
James R. Merikangas, M.D., L.L.C.
*Neurology, Psychiatry, Neuropsychiatry*
4938 Hampden Lane # 428
Bethesda, MD. 20814
(301) 654-1934
Fax: (301) 654-1834

Retainer Required:                                    Yes by individual arrangement

A single Neuropsychiatric examination         $600.00 (in Bethesda office)
And initial report                                               OR
                                                                   $5000.00/ Each day away

Record review, telephone or office
Consultations:                                            $500.00/Hour

Depositions *(special arrangements needed):   $5000.00/Each day
                                                               (out of town)
                                                               $2500.00/Each half-day
                                                               (in Bethesda)

Courtroom testimony *(arrangements needed): $5000.00/ Each day away

Major travel expenses (I.E. Airline and Hotel)    Prepaid only

*All record review and medical evaluations in the Bethesda office will be billed upon
task completion.
***Travel Arrangements:**
Before the date of travel, all hotel and airfare accommodations must be made and
paid for by the hiring firm.  All accommodations should be emailed to:
***neuropsych2001@hotmail.com**.
**Testimony Schedules:**
Once a date has been agreed upon, confirmation of the testimony/deposition
schedule and prepayment of the requested services must be received in a minimum
of seventy-two business hours before this date.  Once payment has been received,
office hours will be canceled for your purposes.  Payment is nonrefundable if the
appointment is cancelled less than seventy-two business from the date requested.
We will try to be as flexible as possible, so please keep us current as to your
anticipated needs and timing.

*If you agree to this statement, please sign and fax to (301) 654-1834.  If you
have any questions, please call our office at (301) 654-1934.

_____          _____
Signature (Hiring Firm/Attorney)               Date (mm/dd/year)

_____          _____
Witness(office use) Received(m/f)               Date

## CURRICULUM VITAE

Allan F. Mirsky, Ph.D.
Scientific Review Officer
Division of Extramural Activities, NIMH
6001 Executive Blvd. Room 6157 MSC 9609
Bethesda, MD 20892-9609
tel  (301) 435-9813; fax (301) 480-3402


PLACE OF BIRTH    Brooklyn, New York


EDUCATION

| 1950 | B.S. | City College of New York<br>Major:  Psychology<br>Minors:  Chemistry and Biology |
| 1952 | M.A. | Yale University<br>Majors:  Clinical and Physiological Psychology |
| 1954 | Ph.D. | Yale University<br>Majors:  Clinical and Physiological Psychology |


MILITARY SERVICE

| 1954-1961 | Commissioned Corps, U.S. Public Health Service, Active Reserve |
| 1980-present | Present Rank: Scientist Director (O-6) Inactive Reserve |
| 2005 | Deployed as a Commissioned Officer for Hurricane Relief, Marlin Texas |


POSITIONS HELD

| 1950-1954 | Student Assistant, Yale Lobotomy Project, Yale University, New Haven, CT |

| 1954-1961 | Research Psychologist, Section on Neuropsychology, Laboratory of Psychology, National Institute of Mental Health, Bethesda, Maryland |
| --- | --- |
| 1956-1961 | Lecturer in Statistics, Experimental Design, Neuropsychology, Department of Psychology, |
| | The Catholic University of America, Washington, D.C. |
| 1961-1965 | Assistant Professor to Associate Professor of Psychology, Division of Psychiatry, Boston University School of Medicine, Boston Massachusetts (Research Career Development Award, NIMH) |
| 1965-1968 | Professor of Neuropsychology, Division of Psychology, Boston University School of Medicine, Boston Massachusetts (Research Scientist Award, NIMH) |
| 1968-1980 | Professor of Psychiatry (Neuropsychology) and Neurology, Boston University School of Medicine, Boston, Massachusetts (Research Scientist Award, NIMH) |
| 1978-1980 | Professor of Psychology, College of Liberal Arts, Director of Clinical Psychology Training, Boston University, Boston, Massachusetts |
| 1980-1995 | Chief, Laboratory of Psychology and Psychopathology, Division of Intramural Research, National Institute of Mental Health, Bethesda, Maryland |
| 1995-2007 | Chief, Section on Clinical and Experimental Neuropsychology, Division of Intramural Research, National Institute of Mental Health,  NIH, Bethesda, Maryland |
| 1986-2004 | Adjunct Professor, Department of Mental Hygiene, Johns Hopkins University School of Hygiene and Public Health, Baltimore, Maryland |
| 1994- | Adjunct Professor, Department of Psychiatry, Johns Hopkins University School of Medicine, Baltimore, Maryland |
| 1999- | Adjunct Professor, Department of Psychiatry, Uniformed Services University School of Medicine, Bethesda, Maryland |
| 2007- | Scientific Review Officer, Division of Extramural Activities, NIMH |

BIBLIOGRAPHY

**Original Science - Peer Reviewed**

1.    **Mirsky AF**, Rosvold HE.  The effect of electroconvulsive shock on food intake and hunger drive in the rat.  Journal of Comparative and Physiological Psychology, 1953, 46, 153-157.

2.    **Mirsky AF**, Looney E, Rosvold HE.  Maze retention deficit following electro-convulsive shock independent of feeding schedule. Journal of Comparative and Physiological Psychology, 1954, 47, 403-405.

3.    Rosvold HE, **Mirsky AF.**  The closed-field intelligence test for rats adapted for water-escape motivation.  Canadian Journal of Psychology, 1954, 8, 10-16.

4.    Rosvold HE, **Mirsky AF**, Pribram KH  Influence of amygdalectomy on social behavior in monkeys.  Journal of Comparative and Physiological Psychology, 1954, 47, 173-178.

5.    **Mirsky AF.** The influence of sex hormones on social behavior in monkeys. Journal of Comparative and Physiological Psychology, 1955, 48, 327-335.

6.    Peters, R.H., Rosvold HE, **Mirsky AF.**  The effect of thalamic lesions upon delayed response-type tests in the rhesus monkey. Journal of Comparative and Physiological Psychology, 1956, 49,111-116.

7.    Rosvold HE, **Mirsky AF**, Sarason I , Bransome ED Jr., Beck LH.  A continuous performance test of brain damage.  Journal of Consulting Psychology, 1956, 20, 343-350.

8.    **Mirsky AF**, Rosvold HE, Pribram KH.  Effects of cingulectomy on social behavior in monkeys.  Journal of Neurophysiology, 1957, 20, 588-601.

9.    Primac DW, **Mirsky AF**, Rosvold HE.  Effects of centrally acting drugs on two tests of brain damage.  Archives of Neurology and Psychiatry, 1957, 77, 328-332.

10.   **Mirsky AF**, Katz MS.  Avoidance "conditioning" in paramecia.  Science, 1958, 127, 1498-1499.

11.   Kornetsky C, **Mirsky AF**, Kessler EK, Dorff JE.  The effects of dextroamphetamine on behavioral deficits produced by sleep loss in humans. Journal of Pharmacology and Experimental Therapeutics, 1959, 127, 46-50.

12.   **Mirsky AF**, Primac DW, Bates R.  The effects of chlorpromazine and secobarbital on the CPT.  Journal of Nervous and Mental Disease, 1959, 128, 12-17.

13.   **Mirsky AF.** Studies of the effects of brain lesions on social behavior in Macaca mulatta:  Methodological and theoretical considerations. Annals of the New York Academy of Sciences, 1960, 85, 785-794

14.   **Mirsky AF**, Primac DW, Ajmone Marsan C, Rosvold HE, Stevens JA.  A comparison of the psychological test performance of patients with focal and nonfocal epilepsy.  Experimental Neurology, 1960, 2, 75-89.

15.   Townsend A, **Mirsky AF.**  A comparison of the effects of meprobromate, phenobarbital, and d-amphetamine on two psychological tests. Journal of Nervous and Mental Disease, 1960, 130, 212-216.

16.    Rosvold HE, Szwarcbart M., **Mirsky AF**, Mishkin M.  The effect of frontal lobe damage on delayed response performance in chimpanzees.  Journal of Comparative and Physiological Psychology, 1961, 54, 368-374.

17.    Fedio P, **Mirsky AF**, Smith WJ, Parry D.  Reaction time and EEG activation in normal and schizophrenic subjects.  Electroencephalography and Clinical  Neurophysiology, 1961, 13, 923-926.

18.    **Mirsky AF**, Cardon PV.  A comparison of the behavioral and physiological changes accompanying sleep deprivation and chlorpromazine administration in man.  Electroencephalography and Clinical Neurophysiology, 1962, 14, 1-10.

19.    Lansdell H, **Mirsky AF**.  Attention in focal and centrencephalic epilepsy.  Experimental

Neurology, 1964, 9, 463-469.

20.    **Mirsky AF**, Kornetsky C.  On the dissimilar effects of drugs on the digit symbol substitution

and continuous performance tests. Psychopharmacologia, 1964, 5, 161-177.

21.    Dorff JE, **Mirsky AF**. Mishkin M.  Effects of unilateral temporal lobe removals in man on tachistoscopic recognition in the left and right visual fields. Neuropsychologia, 1965, 3, 39-51.

22.    Kornetsky C, **Mirsky AF**.  On certain psychopharmacological and physiological differences between schizophrenic and normal persons. Psychopharmacologia, 1966, 8, 309-318.

23.    **Mirsky AF**, Van Buren JM.  On the nature of the "absence" in centrencephalic epilepsy:  A study of some behavioral, electroencephalographic and autonomic factors.  Electroencephalography and Clinical Neurophysiology, 1965, 18, 334-348.

24.    **Mirsky AF**, Bloch S, McNary WF.  Experimental "petit mal" epilepsy produced with chlorambucil.  Acta Biologiae Experimentalis, 1966, 26, 55-69.

25.    **Mirsky AF**, Bloch-Rojas S.  Effects of chlorpromazine, secobarbital and sleep deprivation on attention in monkeys.  Psychopharmacologia, 1967, 10, 388-399.

26.    Tecce JJ, **Mirsky AF**.  A system for off-line computer analysis of EEG amplitude and frequency.  IEEE Transactions of Biomedical Engineering, 1967, BME-14, 202-203.

27.    Butter CM., Mishkin M., **Mirsky AF**.  Emotional response toward humans in monkeys with selective frontal lesions.  Physiology and Behavior, 1968, 3, 213-215.

28    **Mirsky AF**, Tecce JJ.  The analysis of visual evoked potentials during spike-and-wave EEG activity.  Epilepsia, 1968, 9, 211-220.

29.    Bakay Pragay E., **Mirsky AF**, Abplanalp JM.  The effects of chlorpromazine and secobarbital on matching from sample and discrimination tasks in monkeys.  Psychopharmacologia, 1969, 16, 128-138.

30.     Fedio P, **Mirsky AF**. Selective intellectual deficits in children with temporal lobe or centrencephalic epilepsy. Neuropsychologia, 1969, 7, 287-300.

31.     **Mirsky AF**. Neuropsychological bases of schizophrenia. Annual Review of Psychology, 1969, 20, 321-348.

32.     Abplanalp JM, **Mirsky AF.** EEG correlates of delayed-alteration and visual discrimination learning in rhesus monkeys. Journal of Comparative and Physiological Psychology, 1973, 85, 123-131.

33.     Bakay Pragay E, **Mirsky AF**. The nature of performance deficit under secobarbital and chlorpromazine in the monkey. A behavioral and EEG study. Psychopharmacologia, 1973, 28, 73-85.

34.     Bloch S, Bakay Pragay E, **Mirsky AF**. Heart rate and respiratory rate changes during drug-induced impairment in a conditioned avoidance task in monkeys. Pharmacology, Biochemistry and Behavior, 1973, 1, 29-34.

35.     **Mirsky AF**, Bloch S, Tecce JJ, Lessell S, Marcus E. Visual evoked potentials during experimentally induced spike-wave activity in monkeys. Electroencephalography and Clinical Neurophysiology, 1973, 35, 25-37.

36.     **Mirsky AF**, Oshima, H.I. Effect of subcortical aluminum cream lesions on attentive behavior and the electroencephalogram in monkeys. Experimental Neurology, 1973, 39, 1-18.

37.     Ricks NL, Mirsky AF. Sustained attention and the effects of distraction in underachieving second-grade children. Journal of Education, Boston University, 1974;156:4-17.

38.     Bakay Pragay E., **Mirsky AF**, Fullerton BC, Oshima HI, Arnold SW. Effect of electrical stimulation of the brain on visually controlled (attentive) behavior in the Macaca mulatta. Experimental Neurology, 1975, 49, 203-220.

39.     Luborsky L., Docherty JP, Todd TC, Knapp PH, **Mirsky AF**, Gottschalk LP. A context analysis of psychological states prior to petit mal EEG paroxysms. Journal of Nervous and Mental Disease, 1975, 160, 282-298.

40.     **Mirsky AF**, Tecce JJ, Harman N, Oshima H. EEG correlates of impaired attention performance under secobarbital and chlorpromazine in the monkey. Psychopharmacologia, 1975, 41, 35-41.

41.     Orren MM, **Mirsky AF**. Relation between ocular manifestations and onset of spike-and-wave discharges in petit mal epilepsy. Epilepsia, 1975, 16, 771-779.

42.     Otero J, **Mirsky AF**. Influence of secobarbital and chlorpromazine on precentral neuron activity during attentive behavior in monkeys. Psychopharmacologia, 1976, 49, 1-9.

43.     Herman J, **Mirsky AF**, Ricks N, Gallant D. Behavioral and electrographic measures of attention in children at risk for schizophrenia. Journal of Abnormal Psychology, 1977, 86, 27-33.

44.     **Mirsky AF**, Bakay Pragay E., Harris S.  Evoked potential correlates of stimulation-induced impairment of attention in Macaca mulatta.  Experimental Neurology, 1977, 57, 242-256.

45.     Bakay Pragay E., **Mirsky AF**, Ray CL, Turner DF, Mirsky CV. Neuronal activity in the brain stem reticular formation during performance of a "go - no go" visual attention task in the monkey. Experimental Neurology, 1978, 60, 83-95.

46.     **Mirsky AF.**  Epilepsy, attentiveness and consciousness.  Recent contributions from behavioral and physiological investigations.  Contemporary Clinical Neurophysiology  EEG Suppl. No. 34, 1978, 269-275.

47.     **Mirsky AF**, Orren MM, Stanton L, Fullerton B, Harris S, Myers RE. Auditory evoked potentials and auditory behavior following prenatal and perinatal asphyxia in rhesus monkeys.  Developmental Psychobiology, 1979, 12, 369-379.

48.     Skoff BF, **Mirsky AF**, Turner D.  Prolonged brainstem transmission time in autism.  Psychiatry Research, 1980, 2, 157-166.

49.     Fein D, Skoff BF, **Mirsky AF.**  Clinical correlates of brainstem dysfunction in autistic children.  Journal of Autism and Developmental Disorders, 1981, 11, 303-315.

50.     Ray C, **Mirsky AF**, Bakay Pragay, E. Functional analysis of attention-related unit activity in the reticular formation of the monkey.  Experimental Neurology, 1982, 77, 544-562.

51.     Siegel A, Grady CL **Mirsky AF.**  Prediction of spike-wave bursts in absence epilepsy by EEG power spectrum signals.  Epilepsia, 1982, 23, 47-60

52.     Lowing PA, **Mirsky AF**, Pereira R.  The inheritance of schizophrenia spectrum disorders:  A reanalysis of the Danish Adoptee Study data.  American Journal of Psychiatry, 1983, 140, 1167-1171.

53.     Buchsbaum M., **Mirsky AF**, DeLisi LE, Morihisa J, Karson CN, Mendelson WB, King AC, Johnson J, Kessler R.  The Genain Quadruplets: Electrophysiological, positron emission, and X-ray tomographic studies.  Psychiatry Research, 1984, 13, 95-108.

54.     DeLisi LE, **Mirsky AF**, Buchsbaum MS, van Kammen DP, Berman KF, Caton C, Kafka MS, Ninan PT, Phelps BH, Karoum F, Ko GN, Korpi ER, Linnoila M., Sheinan M., Wyatt RJ.  The Genain Quadruplets 25 years later: A diagnostic and biochemical followup. Psychiatry Research, 1984, 13, 59-76.

55.     **Mirsky AF**, DeLisi LE, Buchsbaum MS, Quinn OW Schwerdt, P., Siever, L.J., Mann, L., Weingartner, H., Zec, R., Sostek, A., Alterman, I.,  Revere, V., Dawson, S.D., Zahn, T.P.  The Genain Quadruplets: Psychological studies. Psychiatry Research, 1984, 13, 77-93.

56.     **Mirsky AF**, Duncan-Johnson, C. C.  Nature vs. nurture in schizophrenia: The struggle continues.  Integrative Psychiatry, 1984, 2, 137-141.

57.     **Mirsky AF**, Duncan CC.  Etiology and expression of schizophrenia: Neurobiological and psychosocial factors.  Annual Review of Psychology, 1986, 37, 291-319.

58.     **Mirsky** AF, Duncan CC., Myslobodsky M.  Petit mal epilepsy:  A  review and integration of recent information.  Journal of Clinical Neurophysiology, 1985, 3, 179-208.

59.     **Mirsky AF.**  Behavioral and psychophysiological  markers of disordered attention.  Environmental Health Perspectives, 1987, 74, 191-199.

60.     Nakamura RK, Myslobodsky MS, Coppola R., Johannesen-Conway J, **Mirsky AF.**  Effects of gamma-hydroxybutyrate on the performance of monkeys in a go/no-go visual discrimination task.  Behavioral Brain Research, 1987, 26, 19-27.

61.     Pragay EB, **Mirsky AF,** Nakamura RK.  Attention-related unit activity in the frontal association cortex during a go/no-go visual discrimination task.  Experimental Neurology, 1987, 96, 481-500.

62.     Ingraham, LJ,  Chard F,  Wood M., **Mirsky AF.**   A Hebrew language version of the Stroop test.  Perceptual and Motor Skills, 1988, 67, 187-192.

63.     Ingraham LJ,  Bridge TP, Janssen R, Stover E, **Mirsky AF.** Neuropsychological effects of early

HIV-1 infection:  Assessment and methodology.  Journal of Neuropsychiatry, 1990, 174-182.

64.     **Mirsky AF**, Anthony BJ, Duncan CC, Ahearn MB,  Kellam SG Analysis of the elements of

attention:  A  neuropsychological approach.  Neuropsychology  Review, 1991, 2, 109-145.

65.     Kendler KS, Ochs A, Gorman A, Hewitt J, **Mirsky AF.**  The structure of schizotypy; a multitrait twin study.  Psychiatry Research, 1991, 36, 19-36.

66.     Jones BP, Duncan CC,  Brouwers P, **Mirsky AF.**  Cognition in eating disorders. Journal of Clinical and Experimental Neuropsychology, 1991,13, 711-728.

67.     **Mirsky AF**, Ingraham LJ,  Lowing PL. Childhood stress events and the development of schizophrenia. Progress in Experimental Personality Research, 1992, 15, 110-130.

68.     **Mirsky AF**, Lochhead S, Jones BP, Kugelmass S,  Walsh, D,  Kendler KS. On familial factors in the attentional deficit in schizophrenia:  A review and report of two new subject samples.  Journal of Psychiatric Research, 1992, 26, 383-403.

69.     Jones PP, Duncan CC, **Mirsky AF**, Post RM, Theodore WH. Neuropsychological profiles in bipolar affective disorder and complex partial seizures. Neuropsychology, 1994, 8, 55-64.

70.     Egan MF, Duncan CC, Suddath RL, Kirch DG, **Mirsky AF**, Wyatt RJ. Event-related potential abnormalities correlate with structural brain alterations and clinical features in patients with chronic schizophrenia.  Schizophrenia Research, 1994, 11, 259-271.

71.     **Mirsky AF.**  Neuropsychological Assessment of Epilepsy. New Issues in Neurosciences, 1992,  IV, 25-39.

72.   Hans SL, Marcus J, Henson L, Auerbach JG, **Mirsky AF.**   Interpersonal behavior of children at risk for schizophrenia. Psychiatry, 1992, 55, 314-335.

73.   Streissguth  AP, Sampson PD, Carmichael-Olson H, Bookstein FL, Barr HM, Scott M, Feldman J, **Mirsky AF.**   Maternal drinking during pregnancy: attention and short-term memory performance in 14-year-old offspring:  a longitudinal prospective study. Alcoholism: Clinical and Experimental Research. 1994, 18, 202-218.

74.   Levav M, **Mirsky AF,** Schantz PM., Castro S, Cruz ME.  Parasitic infestation in malnourished school children: effects on behavior and EEG. Parasitology.  1995, 110, 103-111.

75.   Levav M, Cruz ME, **Mirsky AF.**   EEG abnormalities, malnutrition, parasitism  and goiter: a study of children in Ecuador. Acta Paediatrica. 1995, 84, 197-202.

76.   **Mirsky AF,** Yardley SJ, Jones BP, Walsh D, Kendler KS. Analysis of the attention deficit in schizophrenia -- a study of patients and their relatives in Ireland. Journal of Psychiatric Research. 1995, 29, 23-42.

77.   Levav M., **Mirsky AF,** Cruz ME. Cruz I.  Neurocysticercosis and performance on neuropsychological tests:  a Family study in Ecuador.  American Journal of Tropical Medicine and Hygiene.  1995, 53, 552-557.

78.   Cruz ME, Levav M, Ramirez I, Cruz I, **Mirsky AF,** Bartko J, Castro S, Izurieta G.  Niveles de nutricion y rendimiento en pruebas neuropsicologicas en niños escolares de una comunidad rural andina.  Parasitos  Cerebral e Intestinal Problemas de Salud Publica. 1993, Quito, Ecuador:  Academia Ecuatoriana de Neurociencias.

79.   **Mirsky AF.** Perils and pitfalls on the path to normal potential:  the role of impaired attention.  Homage to Herbert G. Birch.  Journal of Clinical and Experimental Neuropsychology.  1995, 17, 1-18.

80.   Pascualvaca D, Anthony B, Arnold LE, Rebok G, Ahearn MB, Kellam SG, **Mirsky AF.** Attention performance in an epidemiological sample of urban children. The role of gender and verbal intelligence.  Child Neuropsychology.  1997, 3, 13-27.

81.   Rebok GW, Smith CB, Pascualvaca DM, **Mirsky AF,** Anthony BJ, Kellam SG.  Developmental changes in attentional performance in urban children from eight to thirteen years.  Child Neuropsychology.  1997, 3, 28-46.

82.   Seidman LJ, Stone WS, Jones R, Harrison RH, **Mirsky AF.** Comparative effects of schizophrenia and complex partial epilepsy on memory.  Journal of the International Neuropsychological Society. 1998,4, 342-352.

83.   Pascualvaca D, Fantie BF, Papageorgiou M, **Mirsky AF.**   Attention capacities in children with autism: Is there a general deficit in shifting focus? Journal of Autism and Developmental Disorders.  1998, 28, 467-478.

84.   Kosmidis M., Duncan CC, **Mirsky AF.**  Sex differences in seasonal variations in P300.  Biological Psychology, 1998,49, 249-268.

85.   Rosvold HE, **Mirsky AF,** Sarason I, Bransome ED Jr, Beck L.H.  A continuous performance test of brain damage.  Journal of Consulting Psychology,

1956, 20, 343-350. (Reprinted as a Landmark Publication in The Journal of NIH Research, November 1997,9, 41-48).

86.    Levav M., **Mirsky AF**, French L, Bartko JJ.  Multinational neuropsychological testing: the performance of children and adults. Journal of Clinical and Experimental  Neuropsychology, 1998, 20, 658-672.

87.    **Mirsky AF**, Pascualvaca DM, Duncan CC, French LM.  A model of attention and its relation to ADHD.  Mental Retardation and Developmental Disabilities Research Reviews, 1999, 5, 169-176.

88.    King VL, Kidorf MS, **Mirsky AF**, Brooner RK, Stoller KB.  ADHD and treatment outcome in opioid abusers entering treatment.  The Journal of Nervous and Mental Disease, 1999, 187, 487-495.

89.    Zahn TP, **Mirsky AF.**  Reaction time indicators of attention deficits in closed head injury. Journal of Clinical and Experimental Neuropsychology, 1999, 21, 352-367.

90.    Zahn TP, **Mirsky AF.**  Autonomic activity during task performance in adults with closed head injury.  International Journal of Psychophysiology, 1999, 33: 113-126.

91.    Denicoff KD, Omar Ali S, **Mirsky AF**, Smith-Jackson EE, Leverich GS, Duncan CC, Connell EG, Post RM.  Relationship between prior course of illness and neuropsychological functioning in patients with bipolar disorder.  Journal of Affective Disorders, 1999, 56: 67-73.

92.    Ali SO, Denicoff KD, Altshuler LL, Hauser P, Li  XM, Conrad AJ, **Mirsky AF**, Smith-Jackson EE, Post RM.  A preliminary study of the relation of neuropsychological performance to neuroanatomic structures in bipolar disorder. Neuropsychiatry Neuropsychology And Behavioral Neurology,  2000, 13: 20-28.

93.    Levav M, **Mirsky AF**, Herault J, Xiong L, Amir N, Andermann E. Familial association of neuropsychological characteristics in patients with generalized and partial seizure disorders.  Journal of Clinical and Experimental Neuropsychology. 2002, 24, 311-326.

94.    **Mirsky AF**, Herbert C. Lansdell, 1922-2000, Obituary.  American Psychologist, 2002.

95.    Duncan CC, Kosmidis MH, **Mirsky AF.** (2003).  Event-related potential assessment of information processing after closed head injury. Psychophysiology, 40, 45-59.

96    Gabbay FH, Duncan CC, Morris EK, **Mirsky AF**, et al. Disinhibition and risk for drug abuse: Amphetamine effects on auditory P300.  Psychophysiology 2001, 38, S43-S43 Suppl. 1

97.    **Mirsky AF**, Kellam SG, Pascualvaca D, et al.  Bone lead level and sustained attention - a longitudinal study.  The Clinical Neuropsychologist  2001,15, 265-265.

98.    Duncan CC, Gabbay FH, **Mirsky AF.** Sex differences in information processing in a test of sustained attention: An event-related potential analysis Psychophysiology. 2000 37, S37-S37 Suppl. 1.

99.    Gabbay FH, Duncan CC, **Mirsky AF.** Target P300 in a three-stimulus oddball task distinguishes amphetamine-choosing from nonchoosing subjects Psychophysiology. 2000 37, S41-S41 Suppl. 1.

100.    Gabbay FH, Duncan CC, **Mirsky AF.** Individual differences in the target P300 elicited during the continuous performance test are related to boredom susceptibility  Psychophysiology. 2000 37, S41 S41 Suppl. 1.

101.    Artiola i  Fortuny  L, Feldman,E, Fernández Barillas H,  Garolera M., Hermosillo Romo D, Keefe R., Lemaître MJ,  Ortiz Martín A,  **Mirsky AF**,  Monguió I, Morote G, Parchment S, Parchment L J, da Pena E,  Politis D G, Sedó MA, Taussik I, Valdivia F, de Valdivia LE, Verger Maestre K. (2005). Research With Spanish-Speaking Populations In The United States: Lost In The Translation. A Commentary and A Plea. Journal of Clinical and  Experimental Neuropsychology, 27:555-564.

102.    Duncan CC, Kosmidis MH, **Mirsky AF.** Closed head injury-related information processing deficits: An event-related potential analysis.  International Journal of Psychophysiology, 2005, 58:  133-157.

103.    **Mirsky AF**, Duncan CC. The pathophysiology of mental illness: The view from the fourth ventricle.   International Journal of Psychophysiology, 2005, 58:  162-178.


## Proceedings

1.    Bakay Pragay E, **Mirsky AF.** Frontal-cortical EEG and attentive behavior in monkeys administered secobarbital and chlorpromazine. Proceedings of the 75th Annual American Psychological  Association Convention, 1967, 2, 71-72.

2.    **Mirsky AF,** Tecce JJ.  The relationship between EEG and impaired attention following administration of centrally-acting drugs. Proceedings of the 5th International Congress of the Collegium Internationale Neuropsychopharmacologicum, 1968, 638-645.

3.    **Mirsky AF**.  Comment on paper by Dr. Sidney Cohen "The psychopharmacology of amphetamine and barbiturate dependence."  Some comments on the issue of altered consciousness in drug addiction. In Wittenborn JR, Brill H, Smith JP, Wittenborn SA. (Eds.), Drugs and Youth.  Proceedings of the Rutgers Symposium on Drug Abuse.  Springfield, Ill.:  Charles C. Thomas, 1969, 138-140.

4.    **Mirsky AF**, Orzack MH.  Psychosurgery Pilot Study.  Proceedings of the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research, 1976.  DHEW Publication No. (OS) 77-000,2.


## Books

1.    Chall JS, **Mirsky AF.** Education and the Brain.  Chicago:  The University of Chicago Press, 1978.

2.     Bridge TP , **Mirsky AF**, Goodwin FK. (Eds.), Psychological, Neuropsychiatric  and Substance Abuse Aspects of AIDS, New York: Raven Press, 1988.

3.     Myslobodsky MS, **Mirsky AF**. (Eds.), Elements of Petit Mal Epilepsy. New York:  Peter Lang, 1988.

## Book Chapters

1.     **Mirsky AF**, Rosvold HE  The use of psychoactive drugs as a neuropsychological tool in studies of attention in man. In Miller JG, **Mirsky AF**, Uhr L (Eds.), Drugs and Behavior, New York:  Wiley, 1960.

2.     **Mirsky AF**, Rosvold HE.  Behavioral and physiological studies in impaired attention.  In The Effects of Psychopharmacological Drugs on Higher Nervous Activity.  London:  Pergamon Press, 1963, 302-315.

3.     **Mirsky AF.**  The continuous performance test.  In D. Rosenthal (Ed.), The Genain Quadruplets.  A Case Study and Theoretical Analysis of Heredity and Environment in Schizphrenia.  New York:  Basic Books, 1964.

4.     **Mirsky AF**, Bakay Pragay E.  The relation of EEG and performance in altered states of consciousness.  In E.V. Evarts, (Ed.), Sleep and Altered States of Consciousness.  Baltimore:  Williams & Wilkins, 1967, 514-534.

5.     **Mirsky AF.**  Studies of paroxysmal EEG phenomena and background EEG in relation to impaired attention.  In C.R. Evans, Mulholland TB (Eds.), Attention in Neurophysiology.  London:  Butterworths, 1969, 310-322.

6.     **Mirsky AF**, Kornetsky C.  The effects of centrally acting drugs on attention.  In Efron DE (Ed.), Psychopharmacology:  A Review of Progress 1957-1967. Washington, D.C.:  U.S. Government Printing Office, 1969, 91-104.

7.     **Mirsky AF.**  Neuroelectrophysiological studies of centrally-acting drugs:  An overview.  In. DiMascio A, Shader RI (Eds.), Clinical Handbook of Psychopharmacology.  New York:  Science House, 1970, 121-136.

8.     **Mirsky AF,**  Some speculations on the relation between drug use and neurobiological factors among differing age groups in our society.  In Wittenborn JR, Smith JP, Wittenborn SA (Eds.), Communication and Drug Abuse.  Springfield, Ill.: Charles C. Thomas, 1970, 157-166.

9.     **Mirsky AF**, Bakay Pragay E.  EEG characteristics of impaired attention accompanying secobarbital and chlorpromazine administration in monkeys.  In Mostofsky D. (Ed.), Attention:  Contemporary Theory and Analysis.  New York: Appleton-Century Crofts, 1970, 403-417.

10.     **Mirsky AF**, Harman N.  The problem of attention impairment in aging. In Survey Report of the Aging Nervous System.  Washington, D.C.: U.S. Government Printing Office, 1975, 187-194.

11.     **Mirsky AF**, Harman N.  On aggressive behavior and brain disease-- some questions and possible relationships derived from the study of men and

monkeys.  In Whalen R. (Ed.), The Neuropsychology of Aggression.  New York: Plenum Press, 1975, 12, 185-210.

12.    **Mirsky AF**, Orren MM.  Attention.  In L.H. Miller, C.A.Sandman, A.J. Kastin (Eds.), Neuropeptide Influences on the Brain and Behavior. New York: Raven Press, 1977, 233-267.

13.    **Mirsky AF.**  Attention--a commentary.  In Callaway E, Tueting D, Koslow SH. (Eds.), Event Related Brain Potentials in Man.  New York: Academic Press, 1978, 323-347.

14.    **Mirsky AF.**  Attention--a neuropsychological perspective.  In Chall JS, Mirsky AF., Education and the Brain.  Chicago:  University of Chicago Press, 1978, 33-60.

15.    Tecce JJ, Orzack, MH, **Mirsky AF.**  Absence of CNV rebounds in psychosurgery patients.  In Otto DA. (Ed.), Multidisciplinary Perspectives in Event-Related Brain Potential Research, 1978, U.S. EPA Publication No. EPA-600/9-77-043, 383-386.

16.    **Mirsky AF**, Mesulam, M.  Attention.  In Report of the Panel on Neurological Aspects of Behavior to the National Advisory on Neurological and Communicative Disorders and Stroke Council, 1979, NIH Publication No. 79-1917.

17.    **Mirsky AF**, Valenstein E.  Psychosurgery.  In Report of the Panel on Neurological Aspects of Behavior to the National Advisory on Neurological and Communicative Disorders and Stroke Council, 1979, NIH Publication No. 79-1917.

18.    **Mirsky AF**, Orzack MH.  Two retrospective studies of psychosurgery. In Valenstein ES. (Ed.), The Psychosurgery Debate:  Scientific, Legal and Ethical Perspectives. San Francisco:  Freeman, 1980, 205-244.

19.    **Mirsky AF**, Orzack MH.  Response to Dr. Chorover's critique of the psychosurgery studies. In Valenstein ES. (Ed.), The Psychosurgery Debate: Scientific, Legal and Ethical Perspectives.  San Francisco:  Freeman, 1980, 264-268.

20.    Tecce JJ. Orzack M, **Mirsky AF.**  Psychosurgery outcome and CNV asymmetry.  In Kornhuber HH, Deecke L. (Eds.), Motivation, Motor and Sensory Processes of the Brain. Progress in Brain Research , 54. Amsterdam:  Elsevier, North Holland, 1980, 790-797.

21.    Browne T, **Mirsky AF.**  Absence seizures.  In Browne T, Feldman RG. (Eds.), Epilepsy:  Diagnosis and Management.  Boston:  Little, Brown, 1983, 61-74.

22.    Rubinow DR, Joffe RT, Brouwers P, Squillace K, Lane HT, **Mirsky AF**. Neuropsychiatric impairment in patients with AIDS.  In Bridge TP, **Mirsky AF**, Goodwin FK. (Eds.), Psychological, Neuropsychiatric and Substance Abuse Aspects of AIDS. New York: Raven Press, 1988, 111-115.

23.    **Mirsky AF**, Neuropsychological manifestations and predictors of HIV disease in vulnerable persons.  In  Bridge TP, **Mirsky AF**, Goodwin FK. (Eds.), Psychological, Neuropsychiatric and Substance Abuse Aspects of AIDS. New York: Raven Press, 1988, 117- 123.

24.   **Mirsky AF**, Duncan CC, Silberman E., Nagler S, Kugelmass S, Sohlberg S, Shotten JH.  Early neuropsychological and other behavioral predictors of later psychotic disorder.  In Shagass C, Simpson G, Bridger W, Josiassen R, Stoff D, Weiss K. (Eds.), Biological Psychiatry.  New York:  Elsevier, 1986, 1118-1120.

25.   **Mirsky AF**,  Duncan CC.  An introduction to modern techniques of clinical neuropsychology.  In Fava GA, Wise TN. (Eds.), Research Paradigms in Psychosomatic Medicine.  Basel:  Karger, 1987, 167-184.

26.   **Mirsky AF**, Quinn OW, DeLisi L, Buchsbaum M, Schwerdt P. The Genain Quadruplets--25 year follow-up of four monozygous women discordant for the severity of schizophrenic illness.  In Cohen G, Miller N. (Eds.), Schizophrenia and Aging.  New York: Guilford Publications, 1987, 83-94.

27.   **Mirsky AF.**  Behavioral and psychophysiological effects of petit mal epilepsy in the light of a neuropsychologically based theory of attention. In Myslobodsky MS, **Mirsky AF.** (Eds.), Elements of Petit Mal Epilepsy.  New York: Peter Lang, 1988, 311-340.

28.   **Mirsky AF.**  The Israeli high-risk study.  In Dunner DL, Barrett JE, Gershon ES.( Eds.), Relatives at Risk for Mental Disorders .  New York:  Raven Press, 1988,  279-297.

29.   **Mirsky AF**,  Grady C.  Toward the development of alternative treatments in absence epilepsy.  In M.S. Myslobodsky, Mirsky AF,  (Eds.), Elements of Petit Mal Epilepsy.  New York:  Peter Lang, 1988,  285-310.

30.   **Mirsky AF**,  Ray C.  Studies in the neuropsychology of attention impairment:  Human symptoms and animal models.  In Galbraith GC, Kietzman ML, Donchin E. (Eds.), Neurophysiology and Psychophysiology:  Experimental and Clinical Applications.  Hillsdale, N.J.:  Erlbaum, 1988, 114-137.

31.   Myslobodsky MS, **Mirsky AF.**  Update on Petit Mal:  The Case for Heterogeneity.  In Myslobodsky MS,  **Mirsky AF.** (Eds.), Elements of Petit Mal Epilepsy.  New York:  Peter Lang, 1988, 365-392.

32.   **Mirsky AF.**  Information processing in petit mal epilepsy.  In Hermann B, Seidenberg M. (Eds.), Childhood Epilepsies:  Neuropsychological, Psychosocial, and Intervention Aspects.  New York:  John Wiley and Sons, 1989, 51-70.

33.   **Mirsky AF**,  The neuropsychology of attention.  Elements of a complex behavior.  In Perecman E. (Ed.), Integrating Theory and Practice in Clinical Neuropsychology.  Hillsdale, NJ:  Erlbaum, 1989, 75-91.

34.   **Mirsky AF**,  Rosvold HE.  The case of Carolyn Wilson--a thirty-eight year followup of a schizophrenic patient with two prefrontal lobotomies. In Goldberg E. (Ed.). Contemporary Neuropsychology and the Legacy of Luria. Hillsdale, N.J.: Erlbaum, 1990, 51-75.

35.   **Mirsky AF**,  Duncan CC. Behavioral and electrophysiological studies of absence epilepsy. In Avoli N, Gloor P, Kostopoulos G, Naquet R. (Eds.). Generalized epilepsy:  Neurobiological approaches.  New York: Plenum, 1990, 254-269.

36.   Duncan CC, **Mirsky AF**, DeldincPJ, Skwerer RG, Jacobsen FM, Rosenthal NE. P300 as an index of treatment response  in seasonal affective

disorder. In: Stefanis CN, Soldatos CR, Rabavilas AD. (Eds.), Psychiatry: A world perspective , 2; 1990, Amsterdam: Elsevier, 398-401.

37.    Freedman R, **Mirsky AF.** Event-related potentials: Exogenous components. In Zubin J, Steinhauer SR, Gruzelier JH, Zubin J (Eds.), Handbook of Schizophrenia. Volume 4, Experimental Psychopathology, Neuropsychology and Psychophysiology. Amsterdam: Elsevier, 1991, 71-90.

38.    Miczek KA, **Mirsky AF,** Carey G, DeBold J, Raine E. An overview of biological influences on violent behavior. In Reiss AJ, Miczek KA, Roth JA. (Eds.),Understanding and preventing violence, Volume 2, Biobehavioral influences. Washington, D.C.: National Academy Press 1994, 1-58.

39.    **Mirsky AF,** Siegel A. The neurobiology of violence and aggression. In Reiss AJ, Miczek KA, Roth JA. (Eds.), Understanding and preventing violence, Volume 2, Biobehavioral influences. Washington, D.C.: National Academy Press, 1994, 59-172.

40.    Duncan CC, **Mirsky AF**, Deldinc PJ, Skwerer RG, Jacobsen FM, Rosenthal NE. Brain potentials index treatment response in seasonal affective disorder. In: Ansseau M, von Frenckell R, Franck G. (Eds.), Biological Markers of Depression: State of the Art (pp. 117-120). Amsterdam: Elsevier Science Publishers B. V., 1991.

41.    **Mirsky AF,** Fantie BD, Tatman JE. Assessment of attention across the lifespan. In: Mapou RL, Spector J.(Eds.), Clinical Neuropsychological Assessment: A Cognitive Approach. Plenum, 1995, 17-48.

42.    **Mirsky AF**. Familial factors in the impairment of attention in schizophrenia: Data from Ireland, Israel and the District of Columbia. In: Matthysse S, Benes DF, Levy D, Kagan J. (Eds.), Psychopathology -- The Emerging Science of Mental Disorder. Cambridge, Cambridge University Press, 1996.

43.    **Mirsky AF.** Disorders of attention: a neuropsychological perspective. In: Lyon GR, Krasnegor NA. (Eds.) Attention, Memory and Executive Function, Baltimore, Paul H. Brookes, 1995, 71-95.

44.    **Mirsky AF,** Duncan CC, Levav M. Neuropsychological and psychophysiological aspects of absence epilepsy. In: Duncan JS, Panayiotopoulos CP. (Eds.)Typical absences and related epileptic syndromes. London, Churchill, 1995, 112-121.

45.    Cruz ME, Levav M, Schantz PM, **Mirsky AF.** Neuropsychological sequelae of helminthic infections in school children. In: Rose FC. Advances in tropical neurology. Amsterdam, Elsevier, 1995, 75-85.

46.    **Mirsky AF.** The Rise of Psychopharmacology in the 1960s-A Memoir. In: Ban TA, Healy D , Shorter E. (Eds.)The rise of psychopharmacology and the story of CINP. Budapest, Animula, 1998, 299-302.

47.    **Mirsky AF,** Duncan CC. A nosology of disorders of attention. In Wasserstein J, Wolff L, LeFever FF. (Eds.) Adult attention deficit disorder: brain mechanisms and life outcomes. Annals of the New York Academy of Sciences, 2001, 931, 17-32.

48.    **Mirsky AF**, Duncan CC.   Lessons from High-Risk Studies:  A Neuropsychological Perspective on Vulnerability to Schizophrenia.  In: Stone W, et al., (Eds.) Early Clinical Intervention and Prevention of Schizophrenia.  2004. Humana, Totowa NJ, 115-132.

49.    Elliott AE, **Mirsky AF.** Cognitive antecedents of violence and aggression.  In The neurobiology of criminal behavior. Glickson J. (Ed.), Kluwer, Boston, 2002, 111-136.

50.    **Mirsky AF**, Duncan CC. The Attention Battery: A Systematic Approach to the  Assessment of Attention in Children.  In Goldstein G. (Ed.), Clinical Handbook of Psychological Assessment, 2003, Wiley, Hoboken, 611-649.

51.    Duncan CC, **Mirsky AF**   A Systematic Approach to the Assessment of Attention in Adults - The  Attention Battery.  In Goldstein G. (Ed.), Clinical Handbook of Psychological Assessment, 2003, Wiley, Hoboken, 582-610.

52.    **Mirsky AF,** Elliott AE.  Children of persons with schizophrenia—an overview of empirical research.  In Early detection and management of mental disorders, M. Maj et al., Eds., 2004, Wiley, London, 111-133.

53.    Jones BP, **Mirsky AF**, Duncan, CC.  ROCF performance, attention disorders, and neuropsychiatric disorders.  In J. A. Knight & E. Kaplan (Eds.), Handbook of the Rey-Osterrieth Complex Figure Usage:  Clinical and research applications (pp. 441-451). Lutz, FL:  Psychological Assessment Resources Press, 2003.

54.    **Mirsky, AF**, Duncan, CC, Levav, M.   Neuropsychological and psychophysiological aspects of absence epilepsy.  In J. S. Duncan & C. P. Panayiotopoulos (Eds.), Typical absences and related epileptic syndromes (pp. 112-121). London:  Churchill, 1995.

55.    **Mirsky AF**, Duncan, CC.  The triune brain and the functional analysis of attention. In G. A. Cory, Jr., & R. Gardner, Jr. (Eds.), The evolutionary neuroethology of Paul MacLean:  Convergences and frontiers (pp.215-228). Westport, CT:  Praeger Publishers, 2002.

**Commentaries and Letters to the Editor**

1.    Jönsson EG, **Mirsky AF**, Johannesson T, Wahlström J, Bieliauskas LA, van Kammen DP, Sedvall GC.  No cytogenetical abnormalities in a set of schizophrenic  quadruplets. (Letter to the editor) Biological Psychiatry, 1997, 42, 1186-1187.

2.    **Mirsky AF**, Duncan CC.  Neuropsychological and psychophysiological contributions to the diagnosis of schizophrenia.  Commentary on "Diagnosis" by Pull CB.  In Maj M, Sartorious N. (Eds.)Evidence and experience in psychiatry.  World Psychiatric Association Series, Chichester: Wiley, 1999, 72-74.

3.  **Mirsky AF**, Duncan CC. Is there a place for the nature-nurture hypothesis in the etiology of schizophrenia spectrum disorders? Commentary on "Schizophrenia spectrum disorders" by Maier W, Falkai P, Wagner M. In In Maj M, Sartorious N. (Eds.) Evidence and experience in psychiatry. World Psychiatric Association Series, Chichester: Wiley, 1999, 398-399.

## Book Reviews

1.  **Mirsky AF.** Molecules and mental health, F.A. Gibbs (Ed.). (Book Review). Journal of Nervous and Mental Disease, 1960, 131, 86-88.

2.  **Mirsky AF.** Brain mechanisms and learning, J.F. Delafresnaye, et al. (Eds.) (Book Review). Archives Italiennes de Biologie, 1963, 101, 105-109.

3.  **Mirsky AF**. Motivation and emotion by P.T. Young, (Book Review). Journal of Nervous and Mental Disease, 1964, 137, 96-97.

4.  **Mirsky AF**. Higher cortical functions in man, A.R. Luria, (Book Review). Journal of Nervous and Mental Disease, 1967, 144, 234-237.

5.  **Mirsky AF.** Aggression and defense: Neural mechanisms and social patterns. Clemente CD, Lindsley DB(Eds.) (Book Review). Electroencephalography and Clinical Neurophysiology, 1969, 26, 344-345.

6.  **Mirsky AF**. The electrophysiology of the central nervous system. Rusinow VS. (Ed.). Translation ed. by Robert Doty (Book Review). Science, 1974.

7.  **Mirsky AF**. The Pulvinar-LP Complex. Cooper IS, Riklan M, Racik P(Eds.). (Book Review). Electroencephalography and Clinical Neurophysiology, 1974, 37, 560.

8.  **Mirsky AF.** Cognitive components in cerebral event-related potentials and selective attention. J.S. Desmedt (Ed.). (Book Review). Trends in Neuroscience, 1981, XXI.

9.  **Mirsky AF**. Children at risk for schizophrenia. Watt NF, Anthony EJ, Wynne LC, Rolf JE. (Eds.). (Book Review). British Journal of Child Psychiatry, 1987.

10. **Mirsky AF**. The frontal lobes by Stuss DT, Benson DF. (Book Review). Journal of Clinical Neurophysiology, 1987, 4, 89.

11. **Mirsky AF**. Frontiers of infant psychiatry. Vol. 2., Call JD, Galenson E, Tyson RL (Eds.). (Book Review). Contemporary Psychology, 1987.

12. **Mirsky AF.** Epilepsy and the reticular formation: the role of the reticular core in convulsive seizures. Fromm GH, Faingold C, Browning RA, Burham WM.(Eds.). New York: Liss, 1987. (Book Review). Quarterly Review of Biology, 1990, 529-530.

13. **Mirsky AF.** Epilepsy and quality of life. Trimble MR, Dodson WE. (Eds.). New York: Raven Press,1994. (Book Review)Quarterly Review of Biology, 1995, 70, 539.

14.   **Mirsky AF**, Pediatric Neuropsychology in the Medical Setting. Baron IS, Fennell EB, Voeller KKS.   New York: Oxford, 1995.  (Book Review) Contemporary Psychology.  1997, 42, 915-916.

15.   **Mirsky AF**. The Attentive Brain. Parasuraman, R., Ed.,  (Book review) Journal of the International Neuropsychological Society, 2002, 8, 731-732.


## Psychopharmacology Bulletin

1.   Bakay Pragay E, **Mirsky AF.**   Effect of secobarbital and chlorpromazine on cortical and subcortical visual evoked potentials in the monkey. Psychopharmacology Bulletin, 1977, 13, 61-64.

2.   Bridge TP, **Mirsky AF**, Macdonald DI.  Acquired immunodeficiency syndrome (AIDS):  Neuropsychologic and psychoimmunologic aspects. Psychopharmacology Bulletin, 1986, 22, 675-677.


## Schizophrenia Bulletin

1.   **Mirsky AF**, Addendum:  Bringing the Israel high-risk study to completion. Schizophrenia Bulletin, 1985,  11, 30.

2.   **Mirsky AF**, Silberman EK.  (Eds.), The Israeli high-risk study. Schizophrenia Bulletin, 1985, 11, 19-154.

3.   **Mirsky AF**, Silberman EK, Latz A, Nagler S.  Adult outcomes of high-risk children:  Differential Effects of Town and Kibbutz Rearing. Schizophrenia Bulletin, 1985, 11, 150-154.

4.   Nagler S, **Mirsky AF**.  Introduction: The Israeli high-risk study. Schizophrenia Bulletin, 1985, 11, 19-29.

5.   Silberman EK, **Mirsky AF**.  The NIMH-Israel schizophrenia projects: The history of a high-risk study.  Schizophrenia Bulletin, 1985, 11, 146-149.

6.   **Mirsky AF**. The Israeli high-risk study:  Reply to Kaffman. Schizophrenia Bulletin, 1986, 12, 158-161.

7.   Marcus J, Hans SL, Nagler S, Auerbach JG, **Mirsky AF**, Aubrey A. Review of the NIMH Israeli kibbutz-city study and the Jerusalem infant development study.  Schizophrenia Bulletin, 1987, 13, 425-438.

8.   **Mirsky AF.**  Research on schizophrenia in the NIMH Laboratory of Psychology and Psychopathology, 1954-1987.  Schizophrenia Bulletin, 1988,  14, 151-156.

9.   **Mirsky AF**, Quinn OW.  The Genain Quadruplets.  Schizophrenia Bulletin, 1988, 14, 595-612.

10.   **Mirsky AF**, Israeli High-Risk Study:  Editor's Introduction. Schizophrenia Bulletin, 1995, 21, 179-182.

11.   **Mirsky AF**, Ingraham LJ, Kugelmass S.  Neuropsychological assessment of attention and its pathology in  the Israeli cohort. Schizophrenia Bulletin, 1995, 21, 193-204.

12.   Ingraham LJ,  Kugelmass S, Frenkel E, Nathan M, **Mirsky AF.** Twenty-five-year followup of the Israeli high-risk study:  current and lifetime psychopathology. Schizophrenia Bulletin, 1995, 21, 183-192.

13.   **Mirsky AF**, Kugelmass S,  Ingraham LJ,  Frenkel E, Nathan M. Overview and Summary: Twenty-Five Year Followup of High-Risk Children. Schizophrenia Bulletin, 1995, 21, 227-239.

14.   Kugelmass S, Faber N, Ingraham LJ,  Frenkel E, Nathan M, **Mirsky AF**, Shakar GB.  Reanalysis of SCOR and anxiety measures in the Israeli high-risk study. Schizophrenia Bulletin, 1995, 21, 205-217.

15.   **Mirsky AF**, Bieliauskas LA, French LM, Van Kammen DP, Jönsson E, Sedvall G.  A 39-year followup of the Genain Quadruplets.  Schizophrenia Bulletin, 2000, 26:  699-708.


**Poster**

1.   Sun HF, Ialongo N, Rebok GW, Tien AY, Kellam SG, **Mirsky AF.** Aspects of executive function and the development of aggressive behavior.  Poster presented at the American Psychological Association Meeting, August 2002.


**In Press/Preparation**

1.   Levav M, **Mirsky AF**, Bartko JJ, Izurieta G, Castro S, Cruz ME. The effect of drug treatment on the cognitive abilities of children infected with intestinal parasites. Social and Clinical Psychiatry, in press.

2.   **Mirsky AF.**  The Laboratory of Psychology in the NIMH in the 1950s, American Psychological Association, In Press, 2006.

3.   **Mirsky AF, Duncan CC.**  Studies in the neuropsychology of attention.  Festschrift in honor of Anna-Liese Christensen

4.  **Mirsky AF** In Pursuit of the locus of consciousness: From centrencephalon to chromosome or, *Absence* makes the heart grow fonder

5.  **Mirsky AF**  Adult Learning Disorders: Contemporary Issues, L E Wolf, H Schreiber, J Wasserstein (eds.), Introduction

## EDUCATIONAL ACTIVITIES

Teaching

Post-graduate Two-year Neuropsychology Certificate course, Fielding Graduate University (1996 – present)

Group leader and discussant, Ethics of Research, Uniformed Services School of Medicine (2002 – present)

Guest lecturer, George Washington University Psy.D. program (2001-present)

Occasional guest lectures,  Johns Hopkins University Department of Psychiatry

Grand Rounds speaker, Department of Neurology, VA Medical Center, Washington, DC (2004, 2005, 2006)

Mentoring

Summer student Intramural Research Trainees (N = 4, since 2002)

Volunteers, ranging from college undergraduates to faculty members from University

Departments of Psychology (total of 7 in the past 3 years, including 3 currently and 2 pending)

I served on the dissertation committee for a doctoral student from the Fielding Graduate University (2005)

Editorial Activities

Editorial Boards

Electroencephalography and Clinical Neurophysiology

Epilepsia

Journal of Abnormal Psychology

Psychopharmacologia

Journal of Clinical Neuropsychology

Contemporary Psychology

Neuropsychology

Journal of Clinical and Experimental Neuropsychology

Neuropsychology Review

Consulting Editor

American Journal of Psychiatry

Archives of General Psychiatry

Biological Psychiatry

Psychiatry Research

Science

Journal of Neurophysiology

## CLINICAL ACTIVITIES

BOARD CERTIFICATIONS

American Board of Clinical Neuropsychology of the American Board of Professional Psychology, Diplomate, 1983; Board Member, 1983-1990

Licensed Psychologist, Commonwealth of Massachusetts, 1973; State of Maryland, 1988   #2419; District of Columbia, 2007

National Register of Health Service Providers in Psychology (until 2005)

Clinical Center, NIH, Staff Affiliate

PRIVATE PRACTICE OF CLINICAL NEUROPSYCHOLOGY

Center for Psychological Evaluation and Consultation

5502 Spruce Tree Avenue

Bethesda, MD 20814-1623

tel  301: 530-9332; fax  301: 564-9562

## ORGANIZATIONAL ACTIVITIES

MEMBERSHIP IN PROFESSIONAL SOCIETIES

Eastern Psychological Association
American College of Neuropsychopharmacology (Fellow)
American Psychological Association (Fellow)
American Association for the Advancement of Science (Fellow)
Collegium Internationale Neuropsychopharmacologicum (Fellow)
Eastern Society of Electroencephalographers
American EEG Society (Fellow)
American Epilepsy Society
Society for Neuroscience
Potomac Chapter, Society for Neuroscience, President, 1982-1983
International Neuropsychological Symposium
American Psychopathological Association (Fellow)
Society for Research in Psychopathology, Executive Board, 1986-1990
Membership Committee 1988, 1989-1992 (Chair)


## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1965-1969 | Mental Health Small Grants Committee, NIMH (Chair, 1966-1969) |
| 1969-1973 | Neuropsychology Research Review Committee, NIMH (Chair,1970-1973) |
| 1974-1975 | Consultant, National Science Foundation |
| 1975-1976 | Consultant, National Commission for the Protection of Human Subjects in Biomedical and Behavioral Research |
| 1977-1978 | Panel on Neurological Aspects of Behavior:   Psychosurgery; Attention |
| 1977-1978 | Veterans Administration Neurobiology Merit Review Board |
| 1978-1981 | Executive Committee Member, Division of Physiological and Comparative Psychology, American Psychological Association |
| 1981-1985 | Research Scientist Development Review Committee, NIMH |

| | |
|---|---|
| 1982-1983 | President, Division of Physiological and Comparative Psychology, American Psychological Association |
| 1982-1983 | Council Member, Assembly of Scientists, NIMH and NINCDS Intramural Research Programs |
| 1983-1984 | President-Elect, Assembly of Scientists, NIMH and NINCDS Intramural Research Programs |
| 1984-1985 | President, Assembly of Scientists, NIMH and NINCDS Intramural Research Programs |
| 1987-1988 | Consultant, Evaluation Project for Ph.D. Programs in Psychology, State University of New York |
| 1988-1993 | Consultant, Psychiatric Institute of Montgomery County |
| 1989-1994 | Consultant, National Research Council of the National Academy of Sciences |
| 1990-1993 | Member, Regional Board, American Board of Professional Psychology |
| 1991-1994 | Member, Board of Trustees, American Board of Professional Psychology |
| 1992 | Consultant, WHO Division of Mental Health |
| 1995- | Consultant, WHO Division of Mental Health, Neuropsychology Advisory Committee |
| 1995 | Consultant, Professional Examination Service, for construction of new licensing examination for psychologists |
| 1996- | Chair, WHO Division of Mental Health, Neuropsychology International Advisory Board |

## RECOGNITION

### HONORS AND AWARDS

| | |
|---|---|
| 1950 | Psi Chi |
| 1954 | Sigma Xi Scientific Research Society |
| 1965-1969 | Research Career Development Award, NIMH |
| 1969-1980 | Research Scientist Award, NIMH |
| 1973 | International Neuropsychological Society, President |
| 1982-1983 | Division of Physiological and Comparative Psychology, American Psychological Association, President |
| 1989 | Distinguished Contribution to Psychology, Department of Psychology, City College of New York |

| 1994 | H. G. Birch Honorary Lectureship (Keynote Address) of the International Neuro-psychological Society |
| 1998 | Who's Who in America |
| 2000 | Division of Clinical Neurosychology, American Psychological Association, President-elect |
| 2000 | Max Hutt Memorial Lectureship, University of Michigan, Department of Psychiatry |
| 2001 | Division of Clinical Neurosychology, American Psychological Association, President |
| 2002 | Keynote Speaker, Massachusetts Neuropsychology Society |
| 2002 | Keynote Speaker, Houston Neuropsychological Society |
| 2003 | Keynote Speaker International Congress on Neuropsychology, Chinese University of Hong Kong, December 2003 |
| 2003 | Keynote Speaker Taiwan Neuropsychology Society, Taiwan, December 2003 |
| 2004 | Keynote Speaker International Congress of Psychophysiology, Thessaloniki, Greece, September 2004 |
| 2005 | Invited Speaker American Epilepsy Society, Symposium on Absence Epilepsy December 2005 |
| 2007 | Invited speaker, National Academy of Neuropsychology, November 2007, Distinguished Service Award, American Board of Professional Psychology, August 2007 |
| 2009 | Distinguished Career Award, International Neuropsychological Society, February 2009 |

## OTHER PROFESSIONAL ACCOMPLISHMENTS

## CLUB MEMBERSHIPS

1980 - Member, the Cosmos Club

My fee is $375/hour. Depositions and trial appearances are $2500 for a half day; $5000 for a full day, plus travel expenses. There are certain cancellation rules: if my appearance is cancelled 5 or more days before the trial/deposition, there is no fee. If cancelled 3 or 4 days before, the fee is halved. If cancelled 1 or 2 days before then the full fee is required.