UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA**

v.                                                          Criminal No. 4:08cr16

**DAVID ANTHONY RUNYON**

## STATEMENT OF COUNSEL

Since the filing of the motion to continue, David Runyon has been preliminarily evaluated by neuropsychologist, Allan Mirsky. Dr. Mirsky's testing revealed deficits which will require neurological testing and the evaluation by a neurologist. James Merikangas, M.D., the psychiatrist defendant wishes to engage, is also a neurologist so he could perform both functions for the defendant. Dr. Mirsky's report details his findings on testing, but he is limited by the lack of medical records and the necessity for conducting the neurological testing.

Sheila Cronin, defense mitigation expert, has set forth in her affidavit the status of the mitigation case at the present time. It is clear from the affidavit and the previous motion to continue that the sentencing phase of the case must be continued to allow both the mental health evaluation and mitigation investigation to proceed and be adequately completed.

In the court's order regarding defendant's request for the appointment of psychiatrist, James Merikangas, the court questioned the change from Seymour Halleck, Ph.D. to James Merikangas, M.D. as the defense psychiatric expert. At the time the notice was given for Seymour Halleck, Ph.D., counsel was under the impression from regional counsel for the federal death penalty counsel project that Dr. Halleck was available for this case. It had been

1

difficult to find someone available for the services and the time to file the motion was eminent. For this reason, counsel noted Seymour Halleck, Ph.D. as the psychiatrist in the case. Upon making direct contact with Dr. Halleck, it was discovered Dr. Halleck was over 80 years old and did not wish to become involved in another death penalty case. Upon learning this, the search for a psychiatrist was resumed. Dr. Merikangas was located and given his relatively close location in Bethesda, Maryland, and his willingness to participate in this case, a request was made to appoint him to the case instead of Dr. Halleck.

At the time of the initial request, Dr. Merikangas was being engaged for exactly the same purpose as Dr. Halleck had been noticed. Recently, because of the report from Dr. Mirsky revealing the need for a neurologist, a supplemental notice was given listing Dr. Merikangas as both a psychiatrist and a neurologist.  Defendant requests he be appointed for both purposes at this time. He is available to begin testing immediately.

DAVID ANTHONY RUNYON

By: _____/s/_____
Stephen A. Hudgins, Esquire
VSB No. 20315
Counsel for David Anthony Runyon
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Blair C. Perez, Esquire
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, VA 23510
Telephone: 757.441.6331
Telefax: 757.441.6689
blair.perez@usdoj.gov

Brian J. Samuels, Esquire
VSB No. 65898
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone: 757.591.4000
Telefax: 757.591.0866
brian.samuels@usdoj.gov

Lisa R. McKeel, Esquire
VSB No. 28652
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone: 757.591.4000
Telefax: 757.591.0866
lisa.mckeel@usdoj.gov

Lawrence Hunter Woodward, Jr., Esquire
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
Counsel for David Anthony Runyon
4525 South Boulevard, Suite 300
Virginia Beach VA 23452
Telephone: 757.671.6047
Telefax: 757.671.6004
lwoodward@srgslaw.com

Larry M. Dash, Esquire
Office of the Federal Public Defender
Counsel for Catherina Rose Voss
150 Boush Street, Suite 403
Norfolk, VA 23510
larrydash@fd.org

Paul G. Gill, Esquire
Office of the Federal Public Defender
Counsel for Catherina Rose Voss
830 E. Main Street, Suite 1100
Richmond, VA 23219
paulgill@fd.org

Jeffrey A. Swartz, Esquire
Rabinowitz, Swartz, Taliaferro, Swartz & Goodove
Counsel for Catherina Rose Voss
150 Boush Street, Suite 800
Norfolk, VA 23510
jswartz@rstsg.com

James S. Ellenson, Esquire
Law Office of James Stephen Ellenson
Counsel for Michael Anthony Eric Draven
Bank of America Building
2600 Washington Avenue, Suite 1000
Newport News, VA 23607
jseatty@aol.com

Timothy G. Clancy, Esquire
Moschel & Clancy, PLLC
Counsel for Michael Anthony Eric Draven
2101 Executive Drive, Third Floor
Tower Box 78
Hampton VA 23666
tclancy@moschelandclancy.com

_____/s/_____
Stephen A. Hudgins, Esquire
VSB No. 20315
Counsel for David Anthony Runyon
Cope & Olson, P.L.C.
11836 Canon Blvd., Suite 100
Newport News, VA 23606
Telephone: 757.596.0316
Telefax: 757.596.5320
shudgins@com.hrcoxmail.com