| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 001 | 08/27/2009 | Transcript 2707-2709 – August 27, 2009 - Nineteenth Day of Trial (Penalty Phase) | | | |
| 002 | 04/13/2009 | ECF No. 179 – Defendant's Motion to Continue Trial | | | |
| 003 | 07/20/2009 | ECF No. 247 – Supplemental Motion to Continue Capital Sentencing Hearing | | | |
| 004 | 02/04/2016 | ECF No. 511-05 – Stephen Hudgins Declaration (09/22/2015) | | | |
| 005 | 02/04/2016 | ECF No. 511-06 – Lawrence Woodward Declaration (09/24/2015) | | | |
| 006 | 12/12/2008 | ECF No. 135 – Notice Pursuant to Fed.R.Crim.P. 12.2 | | | |
| 007 | 02/20/2009 | ECF No. 160 – Motion to Continue Trial | | | |
| 008 | 02/23/2009 | ECF No. 162 – Court Order | | | |
| 009 | 02/04/2016 | ECF No. 511-18 – Lake Martin Community Hospital Response | | | |
| 010 | 02/26/2009 | ECF No. 165 – Memorandum in Support of Motion for Continuance and for Hearing to Schedule Trial | | | |
| 011 | 02/04/2016 | ECF No. 511-19 – Stephen Hudgins Time Schedule with mark-ups (ECF No. 165) | | | |
| 012 | 04/21/2009 | ECF No. 181 – Response of United States to Defendant Runyon's Motion to Continue | | | |
| 013 | 05/07/2009 | ECF No. 194 – Court Order | | | |
| 014 | 02/04/2016 | ECF No. 511-20 – Letter from Allan Mirsky to Stephen Hudgins (07/02/2009) | | | |
| 015 | 07/22/2009 | ECF No. 257 – Court Order | | | |
| 016 | 06/29/2009 | ECF No. 230 – Supplemental Notice Regarding Mental Health Experts | | | |
| 017 | 07/17/209 | ECF No. 240 – Supplemental Motion to Continue Capital Sentencing Hearing | | | |
| 018 | 07/17/2009 | ECF No. 242 – Statement of Counsel | | | |
| 019 | 07/22/2009 | ECF No. 254 – Court Order | | | |
| 020 | 02/04/2016 | ECF No. 511-21 – Email from Allan Mirsky to Stephen Hudgins (07/22-23/2009) | | | |
| 021 | 02/04/2016 | ECF No. 511-02 – Letter/Report from James Merikangas (09/25/2015) | | | |
| 022 | 08/10/2009 | ECF No. 269 – Motion to Allow Defendant to Supplement his Mental Health Reports | | | |
| 023 | 07/22/2009 | Transcript 1770 – July 22, 2009 - Thirteenth Day of Trial (Eligibility Phase) | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 024 | 08/20/2009 | Transcript 2084-2092 – August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | | | |
| 025 | 08/24/2009 | Transcript 2199-2242 – August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | | | |
| 026 | 08/20/2009 | Transcript 2158 - August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | | | |
| 027 | 08/27/2009 | ECF No. 291 – Special Verdict Form – Selection Phase | | | |
| 028 | 08/20/2009 | Transcript 2079 – August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | | | |
| 029 | 08/24/2009 | Transcript 2399-2401 - August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | | | |
| 030 | 08/24/2009 | Transcript 2411 - August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | | | |
| 031 | 02/04/2016 | ECF No. 511-08 – Mark Cunningham Declaration (09/25/2015) | | | |
| 032 | 08/26/2009 | Transcript 2622 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 033 | 08/26/2009 | Transcript 2640-2650 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 034 | 02/04/2016 | ECF No. 511-04 – Sheila Cronin Declaration (09/26/2015) | | | |
| 035 | 08/26/2009 | Transcript 2652 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 036 | 08/26/2009 | Transcript 2651 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 037 | 08/26/2009 | Transcript 2645 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 038 | 08/25/2009 | Transcript 2521 – August 25, 2009 - Seventeenth Day of Trial (Penalty Phase) | | | |
| 039 | 2000 | Diagnostic and Statistical Manual of Mental Disorders, IV-TR, pp. 14, 84 (2000) | | | |
| 040 | 08/26/2009 | Transcript 2618 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 041 | 02/04/2016 | ECF No. 511-22 – Letter from Allan Mirsky to Stephen Hudgins (09/18/2009) | | | |
| 042 | 0204/2016 | ECF No. 511-23 – Army Medical Records for David A. Runyon | | | |
| 043 | 02/04/2016 | ECF No. 511-24 – Handwritten Notes from David Runyon Re: 1996 Car Accident | | | |
| 044 | 02/04/2016 | ECF No. 511-16 – Portsmouth Jail Record (2008) | | | |
| 045 | 06/30/2009 | ECF No. 277 – Expert Report of Paul Montalbano | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 046 | 06/29/2009 | ECF No. 276 – Expert Report of Raymond Patterson | | | |
| 047 | 02/04/2016 | ECF No. 511-17 – David Dombrowski Progress Notes | | | |
| 048 | 02/04/2016 | ECF No. 511-25 – Medical Records for Suk Cha Runyon | | | |
| 049 | 02/04/2016 | ECF No. 511-26 – David Dombrowski Declaration (09/23/2015) | | | |
| 050 | 02/04/2016 | ECF No. 511-27 – Mark Runyon Declaration (09/25/2015) | | | |
| 051 | 02/04/2016 | ECF No. 511-13 – Scott Linker Declaration (09/24/2015) | | | |
| 052 | 02/04/2016 | ECF No. 511-28 – Maria Runyon Declaration (09/16/2015) | | | |
| 053 | 02/04/2016 | ECF No. 511-29 – Richard Dudley Report (09/29/2015) | | | |
| 054 | 02/04/2016 | ECF No. 511-31 – Robert Seeger Declaration (08/24/2015) | | | |
| 055 | 02/04/2016 | ECF No. 511-32 – Deborah Seeger Declaration (08/24/2015) | | | |
| 056 | 06/18/2009 | ECF No. 220 – Application for Issuance of Witness Subpoenas and Payment of Witness Expenses | | | |
| 057 | 02/04/2016 | ECF No. 511-33 – Jeffrey Harris Declaration (01/13/2016) | | | |
| 058 | 08/26/2009 | Transcript 2621-2623 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 059 | 08/26/2009 | Transcript 2658 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 060 | 08/26/2009 | Transcript 2659 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 061 | 02/04/2016 | ECF No. 511-35 - Allan Mirsky Report (08/28/2015) | | | |
| 062 | 08/26/2009 | Transcript 2623 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 063 | 08/26/2009 | Transcript 2588 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 064 | 08/26/2009 | Transcript 2591 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 065 | 08/26/2009 | Transcript 2593 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 066 | 08/26/2009 | Transcript 2615 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 067 | 08/26/2009 | Transcript 2616 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 068 | 08/26/2009 | Transcript 2617 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 069 | 08/26/2009 | Transcript 2657 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 070 | 08/26/2009 | Transcript 2660 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 071 | 07/22/2009 | Transcript 1781-1785 - July 22, 2009 - Thirteenth Day of Trial (Eligibility Phase) | | | |
| 072 | 01/11/2016 | ECF No. 497 – Response of the United States to Defendant's §2255 Motion | | | |
| 073 | 07/22/2009 | ECF No. 252 – USA Acknowledgment of Receipt | | | |
| 074 | 08/26/2009 | Transcript 2614 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 075 | 08/26/2009 | Transcript 2608 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 076 | 08/26/2009 | Transcript 2611 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | | | |
| 077 | 02/04/2016 | ECF No. 511-09 – Catherina 'Cat' Voss Declaration (09/10/2015) | | | |
| 078 | 07/07/2016 | ECF No. 551-01 – Stephen Hudgins Declaration (06/22/2016) | | | |
| 079 | 07/07/2016 | ECF No. 551-04 – Stephen Hudgins Calendar from Appointment to Beginning of Runyon Trial | | | |
| 080 | 07/20/2009 | ECF No. 248 – Notice of Intent to Introduce Mental Health Testimony | | | |
| 081 | 12/09/2008 | Video of Debbie Seeger | | | |
| 082 | 07/24/2009 | Government Expert Reports sent to Sheila Cronin | | | |
| 083 | 1994-1997 | David Runyon's Army Medical Records 1994-1997 | | | |
| 084 | 08/08/2009 | David Runyon Social History | | | |
| 085 | 11/00/2008 | David Runyon Case Notes – Summary Alaska | | | |
| 086 | 05/12/2008 | Mtg w David (05/12/2008) | | | |
| 087 | 08/06/2008 | Mtg w David (08/06/2008) | | | |
| 088 | 09/23/2008 | Mtg w David (09/23/2008) | | | |
| 089 | 06/03/2009 | Runyon Updated Records List.doc | | | |
| 090 | 07/07/2015 | Merikangas Cover Letter (070715) | | | |
| 091 | 07/23/2009 | Runyon-OAF 0018514 Mirsky Email to Hudgins | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 092 | 09/18/2009 | Runyon-OAF 0012451 Mirsky Letter to Hudgins | | | |
| 093 | 07/30/2009 | Runyon-OAF 0013518 Merikangas Fax to Hudgins | | | |
| 094 | 08/06/2009 | Runyon-OAF 014379 Hudgins Ltr to Court w/Merikangas Report | | | |
| 095 | 07/07/2015 | Cunningham Background Pack Cover Letter | | | |
| 096 | 07/10/2015 | Dudley Background Pack Cover Letter | | | |
| 097 | 07/10/2015 | Merikangas Background Pack Correction Cover Letter | | | |
| 098 | 07/10/2015 | Mirsky Background Pack Cover Letter | | | |
| 099 | 00/00/0000 | Mirsky Background Pack | | | |
| 100 | 03/09/2022 | Background Pack Merikangas Scans (0309022) | | | |
| 101 | 00/0/0000 | Cunningham Trial File Binders 1-6 | | | |
| 102 | 12/16/2008 | Runyon-OAF 0000736 Cronin Report of Mark Runyon Interview | | | |
| 103 | 08/19/2015 | Background Pack #2 Cunningham Merikangas Mirsky Dudley | | | |
| 104 | 09/09/2015 | Background Pack #3 Cunningham Merikangas Mirsky Dudley | | | |
| 105 | 09/18/2015 | Background Pack #4 Cunningham Merikangas Mirsky Dudley | | | |
| 106 | 00/00/0000 | Background Pack Index Cunningham Merikangas Dudley | | | |
| 107 | 00/00/2009 | SW-Image_DD002114 Mirsky Trial File (Letter from Mirsky) | | | |
| 108 | 12/09/2008 | Runyon-OAR 0005590 Babineau Letter to Nelson | | | |
| 109 | 12/12/2008 | Runyon-OAF 0012675 Babineau Letter to Runyon | | | |
| 110 | 08/05-07/2009 | Runyon-OAF 0013552 Hudgins and Mirsky Email | | | |
| 111 | 08/05/2009 | Runyon-OAF 0013564 Bruck Email to Defense Team | | | |
| 112 | 06/04/2009 | Runyon-OAF 0013782 Woodward Email to Cronin | | | |
| 113 | 07/16/2009 | Runyon-OAF 0014075 Nelson Email to Hudgins | | | |
| 114 | 07/20/2009 | Runyon-OAF 0014083 Hudgins Email to Merikangas | | | |
| 115 | 07/02/2009 | Runyon-OAF 0016737 Mirsky Fax to Hudgins | | | |
| 116 | 05/22/2009 | Runyon-OAF 0016787 Nelson Email to Hudgins & Woodward | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 117 | 07/22/2009 | Runyon-OAF 0018510 Email to Nelson, Mirsky, Merikangas, Cronin | | | |
| 118 | 03/17/2009 | Runyon-OAF 0012104 Cronin Email to Hudgins | | | |
| 119 | 00/00/0000 | Runyon-OAF 0000393 Writings from David Runyon | | | |
| 120 | 05/02/2009 | Runyon-OAF 0000735 Subpoena List | | | |
| 121 | 12/22/2008 | Runyon-OAF 0000760 Cronin Report of Suk Cha Runyon Interview | | | |
| 122 | 05/05/2009 | Runyon-OAF 0000801 Cronin Report of Army Records Review | | | |
| 123 | 12/28/2008 | Runyon-OAF 0001054 Cronin Report of David H. Runyon Interview | | | |
| 124 | 08/22/2008 | Runyon-OAF 0005514 Babineau Letter to Nelson | | | |
| 125 | 11/12/2008 | Runyon-OAF 0005541 Babineau Letter to Cunningham | | | |
| 126 | 12/02/2008 | Runyon-OAF 0005585 Nelson Letter to Babineau | | | |
| 127 | 12/19/2008 | Runyon-OAF 0005624 Babineau Letter to Cunningham | | | |
| 128 | 12/11/2008 | Runyon-OAF 0006525 Cunningham Email to Babineau | | | |
| 129 | 04/13/2009 | Runyon-OAF 0007436 Woodward Letter to Hudgins | | | |
| 130 | 09/26/2008 | ECF No. 104 - Sealed & Ex Parte Motion | | | |
| 131 | 04/13/2009 | ECF No. 178 - Sealed & Ex Parte Motion | | | |
| 132 | 06/06/2009 | ECF No. 206 – Sealed Motion | | | |
| 133 | 07/30/2009 | ECF No. 259 – Sealed & Ex Parte Motion | | | |
| 134 | 08/17/2009 | ECF No. 278 – Sealed Memorandum Order | | | |
| 135 | 02/09/2009 | Runyon-OAF 0012316 "0383-0001" Dept of Veterans Affairs Letter to Babineau | | | |
| 136 | 00/00/0000 | Runyon-OAF 0000347 Additional Runyon Notes Attorney_Files | | | |
| 137 | 11/30/2022 | Report of Dr. Siddartha Nadkarni | | | |
| 138 | 12/2/2022 | Report of Jean Barrett | | | |
| 139 | 07/23/2009 | Hudgins Ltr to Merikangas Re Patterson/Montalbano Reports | | | |
| 140 | 03/27-28/2009 | Program Agenda, Authorized Case Training Conference | | | |

| Exhibit # | Exhibit Date | THIRD AMENDED Exhibit Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| 141 | 02/10/2009 | ECF 511-15, Babineau Ltr to AUSA Re Withdraw Ntc of Intent to Seek DP | | | |
| 142 | 00/00/0000 | Misc Hypoglycemia Articles from Merikangas | | | |
| 143 | 00/00/0000 | Email from Cronin to Attys | | | |
| 144 | 08/05/2009 | Bruck Email to Defense Team Re Lisa Greenman | | | |
| 145 | 01/31/2023 | Final Report of Dr. Dan Martell | | | |
| 146 | 10/01/2022 | Declaration of Patty Ann Aaron | | | |
| 147 | 06/19/2015 | BOP Mental Health Summary | | | |
| 148 | 10/08/2015 | BOP Mental Health Summary | | | |
| 149 | 01/05/2023 | Dr. Mark Cunningham Report Addendum | | | |
| 150 | 01/03/2023 | Dr. Mark Cunningham CV | | | |
| 151 | 01/03/2023 | Jean Barrett Resume | | | |
| 152 | 05/00/2019 | Dr. Richard Dudley CV | | | |
| 153 | 02/17/2021 | Dr. Allan Mirsky CV | | | |
| 154 | 00/00/0000 | Dr. Siddhartha Nadkarni CV | | | |
| 155 | 06/00/2020 | Dr. James Merikangas CV | | | |
| 156 | 11/23/2022 | Dr. Nadkarni Letter Re Runyon EEG | | | |
| 157 | 07/20/2009 | Dkt 246 – SEALED Evaluation Reports of Dr. Cunningham (02/05/2009) & Dr. Mirsky (06/26/2009) | | | |
| 158 | 12/22/2009 | Letter to Court from Hudgins Re Voucher/Timesheets | | | |
| 159 | 07/17/2009 | SEALED Exhibit A Shelia Cronin Declaration (07/17/09) | | | |
| 160 | 02/03/2023 | Dr. Daniel Martell CV | | | |
| 161 | 04/24/2018 | National Diagnostic MRI Results | | | |