IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| DAVID ANTHONY RUNYON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 4:15-cv-108 <br><br> Initial Criminal No. 4:08-cr-16-3 <br> CAPITAL § 2255 PROCEEDINGS <br> HON. REBECCA BEACH SMITH |

**MOTION FOR APPOINTMENT OF COUNSEL FOR PROCEEDINGS
PURSUANT TO 28 U.S.C. § 2255**

Petitioner, David Anthony Runyon, an indigent federal prisoner under sentence of death imposed by this Court, hereby moves this Court, pursuant to 18 U.S.C. § 3599(a)(2), to appoint Kathryn Marshall Ali of Ali & Lockwood LLP to represent him as co-counsel in litigating his claims for post-conviction relief pursuant to 28 U.S.C. § 2255. By this motion, Mr. Runyon also provides notice to the Court that he seeks to be represented in this matter on a pro bono basis by attorneys from Covington & Burling LLP.

The reasons supporting this motion are set out in the accompanying memorandum of law. A proposed order accompanies this motion.

Respectfully Submitted,

/s/ Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

                                                /s/ <u>Elizabeth J. Peiffer</u>