# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
|     Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
|     vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
|     Respondent. | ) | |

**ORDER**

Petitioner David Anthony Runyon has filed a Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 requesting that Ms. Kathryn Marshall Ali of Ali & Lockwood LLP be appointed pursuant to 18 U.S.C. § 3599(a)(2) to represent him as co-counsel in litigating his claims for post-conviction relief.

The requested appointment is appropriate, as Ms. Ali meets the requirements of 18 U.S.C. § 3599, and her appointment will facilitate the proceeding of this case in a timely and efficient manner.

For these reasons, the Court GRANTS Petitioner's motion and appoints Ms. Kathryn Marshall Ali as co-counsel for Petitioner.

IT IS SO ORDERED.

April ____, 2023

                                                              REBECCA BEACH SMITH
                                                              SENIOR UNITED STATES DISTRICT JUDGE