# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| David Anthony Runyon,<br>      Petitioner,<br><br>v.<br><br>United States of America,<br>      Respondent. | Original Criminal No. 4:08-cr-16-3<br>Original Civil No. 4:15-cv-108<br>**Capital § 2255 PROCEEDINGS**<br><br>HON. REBECCA BEACH SMITH |

### Declaration of Peter A. Swanson

I, Peter A. Swanson, hereby declare as follows:

1. I am a partner in the Washington, D.C. office of Covington & Burling, LLP ("Covington"). I provide this declaration in support of the Motion for Attorney Elizabeth Peiffer to Withdraw Due to Unforeseen Personal Circumstances and for Leave to Seek Pro Hac Vice Admission and Substitution of Pro Bono Counsel ("Motion").

2. In the Motion, Petitioner requests, *inter alia*, leave to seek *pro hac vice* admission and substitution of attorneys from Covington.

3. Petitioner has retained Covington as counsel in connection with the above-captioned matter. Covington has agreed to represent Mr. Runyon on a *pro bono* basis and does

not intend to seek reimbursement from the Court for its fees or costs incurred in connection with this representation.

4. The proposed Covington team for this matter includes myself, Nicholas Xenakis, Santiago Zalazar, Eric T. O'Brien, Meaghan Ryan, and Tyler G. VanderMolen.

5. I meet the requirements for *pro hac vice* admission set out in Local Civil Rule 83.1(E) and Local Criminal Rule 57.4(D). The other proposed team members have represented to me that they satisfy the requirements for *pro hac vice* admission set out in Local Civil Rule 83.1(E) and Local Criminal Rule 57.4(D), and to the best of my knowledge, information, and belief, they do satisfy these requirements.

6. If the Motion is granted, the proposed Covington team members will promptly file *pro hac vice* admission applications and pay the required fee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on June 6, 2023, at Washington, DC.

Peter A. Swanson
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5111
pswanson@cov.com