**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner

      v.

UNITED STATES OF AMERICA,

      Respondent

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS

**MOTION FOR LEAVE TO FILE SUPPLEMENT/AMENDMENT TO, OR FOR
RECONSIDERATION OF, CLAIM 9 OF MOTION TO VACATE UNDER 28 U.S.C. §
2255 IN LIGHT OF *UNITED STATES V. TAYLOR*, 142 S. CT. 2015 (2022)**

Petitioner, David Anthony Runyon, through counsel, hereby moves for leave to supplement and amend Claim 9 of his Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255 to add additional authority and argument in light of the U.S. Supreme Court's decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022), for the reasons stated in the attached Memorandum In Support. In the alternative, Mr. Runyon requests that this Court grant reconsideration of Claim 9 in his original § 2555 Motion. Undersigned counsel is of the view that this motion may be decided without oral argument. Undersigned counsel sought the position of the government on the motion and on the need for oral argument via email to counsel for the government on April 12, 2024, and at the time of filing had not received a response.

Dated: April 15, 2024

Respectfully submitted,

*/s/ Kathryn M. Ali*

Kathryn M. Ali (VSB No. 97966)
ALI & LOCKWOOD LLP

300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com


Robert Lee, VSB No. 37410
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
roblee@vcrrc.org
epeiffer@vcrrc.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following: