**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

       Petitioner

    v.

UNITED STATES OF AMERICA,

       Respondent

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS

## UNOPPOSED MOTION SEEKING PETITIONER'S RETURN TO USP TERRE HAUTE

Petitioner David Anthony Runyon respectfully requests that this Court order that he be returned to USP Terre Haute. In support of this request, Petitioner states as follows:

1. Mr. Runyon was transferred from USP Terre Haute to the Western Tidewater Regional Jail in mid-2022 for the purpose of facilitating his appearance at court proceedings while his § 2255 petition was being litigated. Mr. Runyon has remained at Western Tidewater Regional Jail since that transfer date, for more than two years.

2. The evidentiary hearing concerning Mr. Runyon's § 2255 proceedings concluded in November 2023. In the event the Court determines that any further in-court proceedings are appropriate, Mr. Runyon moves pursuant to Fed. R. Crim. P. 43(b)(3) and Rule 12 of the Rules Governing § 2255 Proceedings for an order allowing him to waive his physical presence and to participate by video-conference or teleconference at any further proceedings.

3. In the event the Court grants Mr. Runyon's Renewed Motion For Testing, Transportation, and Security (ECF No. 910), Petitioner's counsel will coordinate the logistics for such an appointment at that time and in a facility close to USP Terre Haute.

4.      Petitioner respectfully submits that ordering his return to USP Terre Haute would be in the interest of justice. County jails like Western Tidewater Regional Jail are not designed to accommodate prisoners for long periods of time, and most prisoners spend just weeks or months. In addition, all of Mr. Runyon's possessions, including the majority of his legal papers, are at USP Terre Haute and Mr. Runyon has not had access to them since his transfer in 2022.

5.      Undersigned counsel have consulted with counsel for the government, who have advised that they have no objection to this Request.

For these reasons, Petitioner respectfully requests that the Court issue an order directing his return to USP Terre Haute as soon as practicable.

Dated: May 31, 2024                                  Respectfully submitted,

                                                     /s/ Kathryn M. Ali

                                                     Kathryn M. Ali (VSB No. 97966)
                                                     ALI & LOCKWOOD LLP
                                                     300 New Jersey Avenue N.W., Suite 900
                                                     Washington, D.C. 20001
                                                     (202) 651-2475
                                                     katie.ali@alilockwood.com

                                                     Robert Lee, VSB No. 37410
                                                     Elizabeth J. Peiffer, VSB No. 71353
                                                     Capital Representation Resource Center
                                                     1155 Seminole Trail #6391
                                                     Charlottesville, VA 22906
                                                     (434) 817-2970
                                                     roblee@vcrrc.org
                                                     epeiffer@vcrrc.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

*/s/ Kathryn M. Ali*