**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON

            Petitioner,

      v.

UNITED STATES OF AMERICA

            Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3

CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**[PROPOSED] ORDER**

Petitioner's Unopposed Motion Seeking Petitioner's Return to USP Terre Haute is hereby GRANTED.

It is ORDERED THAT the U.S. Marshal Service shall cause Mr. Runyon to be returned to USP Terre Haute, and shall coordinate with USP Terre Haute to effectuate such transfer.

The clerk is DIRECTED to forward a copy of this Order to the U.S. Marshal Service and the Warden at USP Terre Haute.

IT IS SO ORDERED.

Dated:_____

_____
REBECCA BEACH SMITH
Senior United States District Judge