UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

       Petitioner,

                                  ACTION No. 4:15cv108
v.                [ORIGINAL CRIMINAL No. 4:08cr16-3]

UNITED STATES OF AMERICA,

       Respondent.

## ORDER

On December 21, 2023, Petitioner filed a "Motion for Testing, Transportation, and Security of Petitioner David Runyon." ECF No. 910 ("Motion for Medical Testing"). In the Motion for Medical Testing, Petitioner seeks the court's permission to obtain Prolonged Video Electroencephalographic ("EEG") Monitoring to develop evidence of his claimed epilepsy. Id. at 1. Petitioner claims that trial counsel were ineffective for not consulting an expert like Dr. Nadkarni, who could have identified symptoms of epilepsy prior to the selection phase. See id. at 6-7.

In 2009, trial counsel consulted Dr. Merikangas, a neurologist and psychiatrist with comparable credentials to Dr. Nadkarni, and Dr. Merikangas did not suggest Petitioner exhibited symptoms of epilepsy.[1] As the court found in its Opinion denying

---

[1] The possibility of epilepsy was raised for the first time in 2023.

Claim 6 of Petitioner's § 2255 Motion, ECF No. 921, trial counsels' performance was not deficient for relying on Dr. Merikangas's opinion.  Developing evidence that Petitioner now suffers from epilepsy thus has no bearing on trial counsels' performance in 2009,[2] and accordingly, the Motion for Medical Testing is **DENIED**.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner and the United States Attorney at Newport News.

**IT IS SO ORDERED.**

_/s/_

Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 14 , 2024

---

[2] On February 16, 2024, habeas counsel sent a "Petition for Clemency and for Commutation of Sentence of Death" ("Clemency Petition") to the President of the United States.  The Clemency Petition largely relies on the evidence and expert testimony developed during this habeas proceeding to suggest that Petitioner has a brain injury that causes executive dysfunction.  While the court appreciates habeas counsels' desire to obtain a comprehensive picture of Petitioner's current brain functioning, the court cannot permit the development of evidence that is not probative of the issues raised in his habeas proceeding.  The court otherwise takes no position on the Clemency Petition.