# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**DAVID ANTHONY RUNYON,**

       **Petitioner,**

                                    **CIVIL NO.:   4:15cv108**

**v.**                             **(ORIGINAL CRIMINAL NO.:   4:08cr16)**

**UNITED STATES OF AMERICA,**

       **Respondent.**

## JUDGMENT

**Decision by the Court.** This action came for decision before the Court.   The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Claim 6 of Petitioner's § 2255 Motion is DENIED.   The court declines to issue a certificate of appealability for the reasons stated in the Opinion (ECF #921).   IT IS SO ORDERED.

DATED:   6/14/2024

                                 FERNANDO GALINDO, Clerk

                                 By _____/s/_____
                                    T. Eubanks, Deputy Clerk