**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON

    Petitioner,

    v.

UNITED STATES OF AMERICA

    Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3

CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**[PROPOSED] ORDER**

Upon consideration of Petitioner's Motion for Relief from Judgment Under Federal Rule of Civil Procedure 60, the Court clarifies that the Clerk's Judgment entered on June 14, 2024, ECF No. 923, was not a final judgment for purposes of appeal. The Court will enter its final judgment upon resolution of all matters pending before the Court, *e.g.*, ECF Nos. 915, 916.

The clerk is DIRECTED to vacate the Judgment entered at ECF No. 923.

IT IS SO ORDERED.

Dated:_____

_____
REBECCA BEACH SMITH
Senior United States District Judge