IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 4:08cr16 |
| | ) | Civil Action No.: 4:15cv108 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| Respondent. | ) | HON. REBECCA BEACH SMITH |
| | ) | |

### Government's Response to Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule 60

The United States, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, Brian J. Samuels and Lisa R. McKeel, Assistant United States Attorneys, and Carrie L. Ward, Trial Attorney for the Department of Justice, respectfully responds to the Petitioner's Motion for Relief from Judgment Under Federal Rule of Civil Procedure 60 (hereinafter "the motion"). (ECF No. 924). For the reasons to follow, the United States respectfully requests the Court deny the motion:

1. The lengthy procedural history of this matter is contained in many prior pleadings and the United States will not repeat it here. (ECF Nos. 915, 916, 917, 918, 921, 923, 924).

2. On June 14, 20224, the Court entered an order and opinion denying the Petitioner relief on Claim 6 of his Section 2255 motion and entered a judgment. (ECF Nos. 921, 923).

3. The Petitioner claims in his motion that this did not constitute a "final order" because the Court has not ruled on the Petitioner's prior filed motion on Claim 9. (ECF Nos. 915, 916). The United States filed a response in opposition to this motion related to Claim 9,

1

arguing that it was not proper for the Petitioner to attempt to supplement his claim and that, in any event, no relief was warranted.  (ECF No. 17).

4.      As such, Claim 9, for reasons previously fully stated by the United States in ECF No. 917 (and incorporated herein), was not an "open question" in the context of the remanded Claim 6.  A separate motion raising a claim unrelated to the Fourth Circuit's mandate, does not preclude final resolution of the evidentiary hearing, which was limited to the discrete question regarding ineffective assistance of counsel on Claim 6.

5.      Accordingly, the Unite States respectfully requests that the Court deny the Petitioner's motion.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   _____/s/_____

Brian J. Samuels
Virginia State Bar No. 65898
Lisa R. McKeel
Assistant United States Attorneys
Carrie L. Ward, Trial Attorney
Attorneys for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
Email: Lisa.McKeel@usdoj.gov
Email: Carrie.Ward@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2024, I electronically filed a true

copy of the foregoing Notice with the Clerk of Court using the CM/ECF system who will send

notice to all filers.


By:    _____/s/_____
Brian J. Samuels
Virginia State Bar No. 65898
Lisa R. McKeel
Assistant United States Attorneys
Carrie L. Ward, Trial Attorney
Attorneys for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
Email: Lisa.McKeel@usdoj.gov
Email: Carrie.Ward@usdoj.gov