## APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _____8/12/2024_____<br><br>____ First NOA in Case<br>✓ Subsequent NOA-same party<br>____ Subsequent NOA-new party<br>____ Subsequent NOA-cross appeal<br>____ Paper ROA ____ Paper Supp.<br>Vols: _____ ____<br>Other: _____ - | **District:**<br>Eastern District of Virginia<br>**Division:**<br>Newport News<br>**Caption:**<br>USA v. David Anthony Runyon | **District Case No.:**<br>4:08cr16   415cv108<br>**4CCA No(s). for any prior NOA:**<br>09-11, 17-5<br>**4CCA Case Manager: RJ Warren**<br><br>Direct notification of capital appeal also sent by:<br>____ |

| | |
|---|---|
| **Capital Appeal Type:**<br><br>____ § 2254 appeal<br>Direct appeal from conviction<br>X § 2255 appeal<br>____ Pretrial appeal in federal case | **Fee Status:**<br>____ No fee required (USA appeal)  ____ Appeal fees paid in full  ✓ Fee not paid<br>**Criminal Cases:**<br>✓ District court granted & did not revoke CJA status (continues on appeal)<br>____ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>____ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>✓ Court granted & did not revoke IFP status (continues on appeal)<br>____ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>____ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>____ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>____ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>Rebecca Beach Smith | |
| **Court Reporter** (list all):<br>FTR<br>Jody Stewart<br><br><br><br>**Coordinator:** | **Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable):<br>____ Assembled electronic record transmitted if requested<br>____ Additional sealed record emailed to 4cca-filing<br>____ Paper record or supplement shipped to 4CCA<br>____ No in-court hearings held<br>____ In-court hearings held – all transcript on file<br>____ In-court hearings held – all transcript not on file<br>____ Other: | **Record Status for Counseled Appeals** (check any applicable):<br>✓ Assembled electronic record available if requested<br>____ Additional sealed record available if requested<br>____ Paper record or supplement available if requested<br>____ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>____ In-court hearings held – all transcript not on file<br>____ Other: |

Deputy Clerk: V. Pearson        Phone: 757-928-2249  Date: 08/14/24

10/2022