**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner

      v.

UNITED STATES OF AMERICA,

      Respondent

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS

**PETITIONER'S NOTICE OF APPEAL**

Petitioner David Anthony Runyon appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Judgment entered June 14, 2024 (ECF Nos. 921, 923), the Order entered August 6, 2024 (ECF No. 927), and all other adverse orders, rulings, findings, conclusions, and decisions in the above-captioned proceeding.

For avoidance of doubt, whether or not the District Court is correct that the Judgment entered June 14, 2024 (ECF No. 923) was final and denied all relief, Petitioner, by this Notice, appeals the Order entered August 6, 2024 (ECF No. 927), wherein the District Court denied Mr. Runyon's Motion for Leave to File Supplement/Amendment to, or For Reconsideration of, Claim 9 of Motion to Vacate under 28 U.S.C. § 2255 in Light of *United States v. Taylor*, 142 S. Ct. 2015 (2022) (ECF No. 915).

August 12, 2024

Respectfully submitted,

*/s/ Kathryn M. Ali*
Kathryn M. Ali ,VSB No. 97966
ALI & LOCKWOOD LLP

1

300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com

Robert Lee, VSB No. 37410
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
roblee@vcrrc.org
epeiffer@vcrrc.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
brian.samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
carrie.ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
lisa.mckeel@usdoj.gov

/s/     *Kathryn M. Ali*