# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY COMMUTE** the sentences of death imposed as to each of the following named persons to sentences of life imprisonment without the possibility of parole, leaving intact and in effect for each named person all other conditions and components of the sentences previously imposed upon them. The following persons are recipients of this grant of clemency:

| Name | Reg. No. |
|------|----------|
| SHANNON WAYNE AGOFSKY | 06267-045 |
| BILLIE JEROME ALLEN | 26901-044 |
| AQUILIA MARCIVICCI BARNETTE | 12599-058 |
| BRANDON LEON BASHAM | 98940-071 |
| ANTHONY GEORGE BATTLE | 11451-056 |
| MEIER JASON BROWN | 11364-021 |
| CARLOS DAVID CARO | 37786-079 |
| WESLEY PAUL COONCE, JR., A/K/A WESLEY PAUL COONCE | 30011-039 |
| BRANDON MICHAEL COUNCIL | 63961-056 |
| CHRISTOPHER EMORY CRAMER, A/K/A CHRISTOPHER CRAMER | 10422-081 |
| LEN DAVIS | 24325-034 |
| JOSEPH EBRON | 08655-007 |
| RICKY ALLEN FACKRELL | 12324-081 |
| EDWARD LEON FIELDS, JR., A/K/A EDWARD LEON FIELDS | 04136-063 |
| CHADRICK EVAN FULKS | 16617-074 |
| MARVIN CHARLES GABRION, II, A/K/A MARVIN CHARLES GABRION | 09184-055 |
| EDGAR BALTAZAR GARCIA | 28132-177 |
| THOMAS MOROCCO HAGER, A/K/A THOMAS HAGER | 08596-007 |
| CHARLES MICHAEL HALL, A/K/A CHARLES HALL | 03766-036 |
| NORRIS G. HOLDER | 26902-044 |
| RICHARD ALLEN JACKSON | 16669-058 |

| | |
|---|---|
| JURIJUS KADAMOVAS | 21050-112 |
| DARYL LAWRENCE | 66476-061 |
| IOURI MIKHEL, A/K/A IOURI GHERMAN MIKHEL | 23675-112 |
| RONALD MIKOS | 20716-424 |
| JAMES H. ROANE, JR., A/K/A JAMES H. ROANE | 32923-083 |
| JULIUS OMAR ROBINSON | 26190-177 |
| DAVID ANTHONY RUNYON | 57997-083 |
| RICARDO SANCHEZ, JR., A/K/A RICARDO SANCHEZ | 75820-004 |
| THOMAS STEVEN SANDERS | 15967-043 |
| KABONI SAVAGE | 58232-066 |
| MARK ISAAC SNARR | 11093-081 |
| REJON TAYLOR, A/K/A REJON L. TAYLOR | 41070-074 |
| RICHARD TIPTON | 32922-083 |
| JORGE AVILA TORREZ | 16054-084 |
| DANIEL TROYA | 75817-004 |
| ALEJANDRO ENRIQUE RAMIREZ UMAÑA, A/K/A ALEJANDRO ENRIQUE UMAÑA | 23077-058 |

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each person to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington this **23rd day of December** in the year of our Lord Two Thousand and Twenty-Four and of the Independence of the United States the Two Hundred and Forty-Ninth.

**JOSEPH R. BIDEN JR.**
**President**