# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

September 16, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  David Anthony Runyon
           v. United States
           No. 25-5649
           (Your No. 24-2)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 9, 2025 and placed on the docket September 16, 2025 as No. 25-5649.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst